UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WESCO INSURANCE COMPANY,<br><br>  Plaintiff(s),<br><br>  v.<br><br>SMART INDUSTRIES CORPORATION,<br><br>  Defendant(s). | Case Nos. 2:16-CV-1206 JCM (CWH)<br><br>*AMENDED* ORDER |

Presently before the court is Magistrate Judge Hoffman's report and recommendation ("R&R"), recommending that defendant Smart Industries Corporation's ("SIC") motion to consolidate (ECF No. 19) be granted. (ECF No. 31). No objections have been filed, and the deadline for filing objections has since passed.

This court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a de novo determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1).

Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made).

**James C. Mahan**
**U.S. District Judge**

Nevertheless, this court finds it appropriate to engage in a *de novo* review to determine whether to adopt the recommendation of the magistrate judge.

In the underlying motion, SIC requests that the instant case be consolidated with *Wyman v. Smart Industries Corporation*, case number 2:16-cv-02378-RFB-GWF. (ECF No. 19). SIC argues that consolidation would serve the interest of judicial economy because the two cases share a number of questions of fact and law. (ECF No. 19).

The magistrate judge held a hearing on June 6, 2017, wherein he determined that a substantial overlap in questions of law and fact existed between the two cases. (ECF No. 25). As such, the magistrate judge recommends that SIC's motion to consolidate (ECF No. 19) be granted. (ECF No. 31).

Upon reviewing the recommendation and underlying briefs, the court finds that good cause appears to adopt the magistrate judge's findings.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Magistrate Judge Hoffman's report and recommendation (ECF No. 31) be, and the same hereby is, ADOPTED in its entirety.

IT IS FURTHER ORDERED that defendant Smart Industries Corporation's motion to consolidate (ECF No. 19) be, and the same hereby is, GRANTED.

IT IS FURTHER ORDERED that the matter of *Wyman v. Smart Industries Corporation*, case number 2:16-cv-02378-RFB-GWF, be, and the same hereby is, CONSOLIDATED into *Wesco Insurance Company v. Smart Industries Corporation*, case number 2:16-cv-01206-JCM-CWH. All future filings shall reference case number 2:16-cv-01206-JCM-CWH.

IT IS FURTHER ORDERED that the clerk shall file a copy of the instant order in case number 2:16-cv-02378-RFB-GWF.

DATED July 21, 2017.

_____
UNITED STATES DISTRICT JUDGE

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDE

**James C. Mahan**
**U.S. District Judge**