1  MARSHA L. STEPHENSON, ESQ.
   Nevada Bar No. 6130
2  **STEPHENSON & DICKINSON, P.C.**
   2820 West Charleston Boulevard, Suite 19
3  Las Vegas, Nevada 89102
4  Telephone: (702) 474-7229
   Facsimile: (702) 474-7237
5  admin@sdlawoffice.net

6  Attorneys for Defendants
7  HI-TECH SECURITY, INC. and WILLIAM ROSEBERRY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No. 2:16-cv-01206-JCM-CWH<br><br><br><br>**SUBSTITUTION OF ATTORNEYS** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG.; HI-TECH SECURITY INC.; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC; SANSONE | Case No. 2:16-cv-02378-RFB-GWF |

1

| 1 | COMPANIES, LLC, DOES I through V; and
| 2 | BUSINESS ENTITIES I through V, inclusive,
| 3 | Defendants.

MARSHA L. STEPHENSON, ESQ. of the law firm of STEPHENSON & DICKINSON, P.C., is hereby substituted as attorney for Defendants, HI-TECH SECURITY, INC. and WILLIAM ROSEBERRY in the above-entitled action, in place and stead of KENNETH E. GOATES, ESQ. and CARRIE MCCREA HANLON, ESQ., of the law firm of LAW OFFICE OF KENNETH E. GOATES.

DATED this 19th day of October, 2017.

HI-TECH SECURITY, INC. individually and on behalf of
WILLIAM ROSEBERRY

By: _____

Its: President/CEO

I hereby consent to the above and foregoing substitution.

DATED this 27th day of October, 2017.

LAW OFFICE OF KENNETH E. GOATES

By: _____
Kenneth E. Goates, Esq.
Nevada Bar No.: 8087
Carrie Mccrea Hanlon, Esq.
Nevada Bar No.: 3902
3960 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

2

I hereby accept the above and foregoing substitution as attorney for Defendants, HI-TECH SECURITY, INC. and WILLIAM ROSEBERRY.

DATED this 24th day of October, 2017.

STEPHENSON & DICKINSON

By: *Marsha Stephenson*
Marsha L. Stephenson, Esq.
Nevada Bar No. 6130
2820 West Charleston Blvd., Suite 19
Las Vegas, Nevada 89102

IT IS SO ORDERED.

DATED: October 25, 2017

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

The undersigned does hereby certify that on the ___ day of October, 2017, a true and correct copy of the foregoing **SUBSTITUTION OF ATTORNEYS** was served to the following parties by:

☐ Placing an original or true copy in a sealed envelope placed for collection and mailing in the United States Mail, at Las Vegas, Nevada, postage pre-paid, following ordinary business practices;

☑ CM/ECF (Case Management/Electronic Case Filing):

| | |
|---|---|
| Gabriel Martinez, Esq.<br>Thomas Askeroth, Esq.<br>Greenman Goldberg Raby & Martinez<br>601 South Ninth Street<br>Las Vegas, NV 89101<br>Telephone: (702) 384-1616<br>Facsimile: (702) 384-2990<br>*Attorneys for Plaintiffs* | David Barron, Esq.<br>Joseph R. Merservy, Esq.<br>Barron & Pruitt, LLP<br>3890 West Ann Road<br>North Las Vegas, NV 89031-4416<br>Telephone: (702) 870-3940<br>Facsimile: (702) 870-3950<br>*Attorneys for Smart Industries Corporation* |
| Peter Dubowsky, Esq.<br>Amanda Vogler, Esq.<br>Dubowsky Law Office, Chtd.<br>300 S. Fourth Street, Suite 1020<br>Las Vegas, NV 89101<br>Telephone: (702) 360-3500<br>Facsimile: (702) 360-3515<br>*Attorneys for Wesco Ins. Co.* | |

_____
Employee of STEPHENSON & DICKINSON