DAVID BARRON, ESQ.
Nevada Bar No. 142
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*\*

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-CWH<br><br><br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG.; HI-TECH SECURITY INC; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC; SANSONE COMPANIES, LLC; DOES I through V; and BUSINESS ENTITIES I through V, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02378-RFB-GWF<br><br><br><br>STIPULATION AND ORDER FOR SETTLEMENT CONFERENCE<br>(First Request) |

1

On July 17, 2018, this Court issued its Order (ECF No. 53) denying motions for summary judgment submitted by Defendants, Hi-Tech Security and William Roseberry (see ECF. No. 37), and Smart Industries, Inc. (ECF No. 38). On July 5, 2018, the Court had issued a separate order (EFC. No. 52) denying Smart Industries, Inc.'s motion for summary regarding claims asserted by the Estate of Charles Wyman through Mr. Wyman's personal representative. (See EFC. No. 40).

The plaintiffs, Jennifer and Bear Wyman; Wesco Insurance Co.; and the Estate of Charles Wyman, and the defendants, Hi-Tech Security and William Roseberry, and Smart Industries, Inc. have begun settlement discussions, which the parties believe will be further by a Settlement Conference pursuant to LR 16-5.

The parties therefore stipulate to, and request that the Court schedule a Settlement Conference in these consolidated actions. To conserve judicial and legal resources, the parties further stipulate and request that the Court also order that the filing of a Joint Pretrial Order pursuant to LR 16-3 and 16-4 be held in abeyance to allow the Settlement conference to be scheduled and to go forward; and, in the event the Settlement Conference does not result in full resolution of these consolidated actions, that the parties be allowed to file their Joint Pretrial order 30 days after the Settlement Conference.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. **This is a first request.**

Respectfully submitted,

Dated this 15th day of August, 2018,

BARRON & PRUITT, LLP

_____
DAVID BARRON, ESQ.
Nevada Bar No. 142
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant
Smart Industries Corporation*

Dated this 15th day of August, 2018,

STEPHENSON & DICKINSON, PC

_____
MARSHA L. STEPHENSON, ESQ.
Nevada Bar No. 6130
2820 West Charleston Blvd., Suite 17
Las Vegas, Nevada 89102
*Attorneys for Defendants Hi-Tech
Security, Inc. and William Roseberry*

2

Dated this 15th day of August, 2018,

GREENMAN GOLDBERG RABY & MARTINEZ

/s/ Thomas Askeroth
THOMAS ASKEROTH, ESQ.
Nevada Bar No. 11513
601 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated this 14th day of August, 2018,

DUBOWSKY LAW OFFICE, CHTD.

/s/ Amanda Naylor-Heaton
PETER DUBOSWKY, ESQ.
Nevada Bar No. 4972
AMANDA VOGLER, ESQ.
Nevada Bar No. 13609
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
*Attorneys for Wesco Ins. Co.*

## ORDER

IT IS SO ORDERED.

DATED this 17 day of August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

The court will enter a separate order scheduling the settlement conference.

3