DAVID BARRON, ESQ.
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-CWH<br><br><br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG.; HI-TECH SECURITY INC; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC; SANSONE COMPANIES, LLC; DOES I through V; and BUSINESS ENTITIES I through V, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02378-RFB-GWF<br><br><br>**STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR FILING JOINT PRETRIAL ORDER**<br>(Second Request) |

1

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

A settlement conference was held in the above referenced matter on October 30, 2018. The parties were unsuccessful in reaching a settlement agreement. Prior to the settlement conference, a Stipulation and Order was entered extending the time for filing the Joint Pretrial Order to 30 days after the settlement conference, if a settlement was not reached. Accordingly, the Joint Pretrial Order is currently due on or before November 29, 2018.

On November 6, 2018, Defendants Hi-Tech Security, Inc. and William Roseberry filed their Association of Counsel. With new counsel recently having been brought in for said Defendants and in light of multiple personal and professional duties which have interfered with and consumed time set aside by all counsel to prepare the aforementioned Joint Pretrial Order, all parties have agreed to extend the time for filing the Joint Pretrial Order by 30 days, subject to this Court's approval. As the 30th day from the current deadline falls on a Saturday and the following Monday is New Year's Eve, the parties hereby request that the deadline to file the Joint Pretrial Order to be extended to January 2, 2019.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. **This is the second request to extend the deadline for filing the Joint Pretrial Order.**

Respectfully submitted,

Dated this 29th day of November, 2018,

BARRON & PRUITT, LLP

DAVID BARRON, ESQ.
Nevada Bar No. 142
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant
Smart Industries Corporation*

Dated this  29th day of November, 2018,

HALL, JAFFE & CLAYTON, LLP

/s/ Steven Jaffe
STEVEN JAFFE, ESQ.
Nevada Bar No. 7035
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants Hi-Tech
Security, Inc. and William Roseberry*

2

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

Dated this 29th day of November, 2018,

GREENMAN GOLDBERG RABY & MARTINEZ

_/s/ Dillon Coil_
THOMAS ASKEROTH, ESQ.
Nevada Bar No. 11513
DILLON COIL, ESQ.
Nevada Bar No. 11541
601 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated this 29th day of November, 2018,

DUBOWSKY LAW OFFICE, CHTD.

_/s/ Amanda Vogler-Heaton_
PETER DUBOSWKY, ESQ.
Nevada Bar No. 4972
AMANDA VOGLER-HEATON, ESQ.
Nevada Bar No. 13609
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
*Attorneys for Wesco Ins. Co.*

## ORDER

**IT IS SO ORDERED.**

DATED this ____ day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED.

DATED: Nov 30, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

3