**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-CWH<br><br><br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG.; HI-TECH SECURITY INC; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC; SANSONE COMPANIES, LLC; DOES I through V; and BUSINESS ENTITIES I through V, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02378-RFB-GWF<br><br><br><br>**STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR FILING JOINT PRETRIAL ORDER**<br>**(Third Request)** |

1

A settlement conference was held in the above referenced matter on October 30, 2018. The parties were unsuccessful in reaching a settlement agreement. Prior to the settlement conference, a Stipulation and Order was entered extending the time for filing the Joint Pretrial Order to 30 days after the settlement conference, if a settlement was not reached. On November 29, 2018, the parties filed a Stipulation and Order for Extension of Time for Filing Joint Pretrial Order, which extended the due date for said order to January 2, 2019.

Because of scheduling challenges associated with the Holiday Season and multiple personal and professional duties which have interfered with and consumed time set aside by all counsel to prepare the aforementioned Joint Pretrial Order, all parties have agreed to extend the time for filing the Joint Pretrial Order by 30 days, subject to this Court's approval. The parties hereby request that the deadline to file the Joint Pretrial Order be extended to February 1, 2019.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. **This is the third request to extend the deadline for filing the Joint Pretrial Order.**

Respectfully submitted,

Dated this 21st day of December, 2018,

BARRON & PRUITT, LLP

_____
DAVID BARRON, ESQ.
Nevada Bar No. 142
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*Smart Industries Corporation*

Dated this 21st day of December, 2018,

HALL, JAFFE & CLAYTON, LLP

*/s/ Steven Jaffe*
STEVEN JAFFE, ESQ.
Nevada Bar No. 7035
WALTER F. FICK, ESQ.
Nevada Bar No. 14193
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants Hi-Tech*
*Security, Inc. and William Roseberry*

2

Dated this 21st day of December, 2018,

GREENMAN GOLDBERG RABY & MARTINEZ

*/s/ Dillon Coil*
THOMAS ASKEROTH, ESQ.
Nevada Bar No. 11513
DILLON COIL, ESQ.
Nevada Bar No. 11541
601 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Dated this 21st day of December, 2018,

DUBOWSKY LAW OFFICE, CHTD.

*/s/ Amanda Vogler-Heaton*
PETER DUBOSWKY, ESQ.
Nevada Bar No. 4972
AMANDA VOGLER-HEATON, ESQ.
Nevada Bar No. 13609
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
*Attorneys for Wesco Ins. Co.*

## ORDER

**IT IS SO ORDERED.**

DATED this 28 day of December, 2018.

_____
UNITED STATES DISTRICT JUDGE