1  STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 7035
2  sjaffe@lawhjc.com
   MONTE HALL, ESQ.
3  Nevada Bar No. 239
   montehall@lawhjc.com
4  WALTER F. FICK, ESQ.
   Nevada Bar No. 14193
5  wfick@lawhjc.com

6  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
7  LAS VEGAS, NEVADA 89128
   (702) 316-4111
8  FAX (702) 316-4114

9  *Attorneys for Defendants Hi-Tech Security, Inc.
   and William Roseberry*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED, <br><br> Plaintiff, <br><br> vs. <br><br> SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation, <br><br> Defendants. | CASE NO. 2:16-cv-01206-JCM-CWH <br><br><br> **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME FOR FILING JOINT PRETRIAL ORDER (Fourth Request)** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG; HI-TECH SECURITY INC; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC; SANSONE COMPANIES, LLC; DOES I through V; and BUSINESS ENTITIES I through V, inclusive, <br><br> Defendants. | CONSOLIDATED WITH <br> CASE NO. 2:16-cv-02378-RFB-GWF |

|   | |
|---|---|
| 1 | A settlement conference was held in the above-referenced matter on October 30, 2018. The |
| 2 | parties were unsuccessful in reaching a settlement agreement. Prior to the settlement conference, a |
| 3 | Stipulation and Order (ECF Nos. 54 and 55) was entered extending the time for filing the Joint Pretrial |
| 4 | Order to thirty days after the settlement conference, if a settlement was not reached. On November 29, |
| 5 | 2018, the parties filed a Stipulation and Order (ECF Nos. 62 and 63) to extend the deadline by 30 days |
| 6 | until January 2, 2019. On December 21, 2018, the parties filed a Stipulation and Order (ECF Nos. 64 |
| 7 | and 65) to extend the deadline until February 1, 2019. |

On January 23, 2019, the Wyman Plaintiffs' counsel circulated a 21-page proposed draft of the Joint Pretrial Order, which addressed Plaintiffs' desired stipulated facts, documents, witness, designated deposition transcripts, and statements of issues to de decided. The Defendants' counsel have reviewed this proposed draft and need additional time to fact check the content sought by the Wyman Plaintiffs, and to prepare and offer their own content additions, objections, counter-designations, and other revisions. The parties also need additional time to meet and confer regarding their respective positions on the contents of the Joint Pretrial Order, and to form related evidentiary stipulations or objections. The parties desire, through meeting and conferring about these issues, to reduce the number and scope of any disputes that might need to be brought before this Court.

To permit sufficient time to accomplish these matters, the parties hereby request that the deadline to file the Joint Pretrial Order be extended by four weeks to March 1, 2019. This Stipulation is

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

submitted in good faith and is not interposed for purposes of delay. **This is the fourth request to extend the deadline for filing the Joint Pretrial Order.**

Respectfully submitted,

DATED this 29th day of January 2019.        DATED this 30th day of January 2019.

HALL JAFFE & CLAYTON, LLP                   BARRON & PRUITT, LLP

By: /s/ Walter Fick                          By: /s/ David Barron
   STEVEN T. JAFFE, ESQ.                       DAVID BARRON, ESQ.
   Nevada Bar No. 7035                         Nevada Bar No. 142
   MONTE HALL, ESQ.                            WILLIAM H. PRUITT, ESQ.
   Nevada Bar No. 239                          Nevada Bar No. 6783
   WALTER F. FICK, ESQ.                        3890 W. Ann Road
   Nevada Bar No. 14193                        North Las Vegas, Nevada 89031
   7425 Peak Drive                          *Attorneys for Smart Industries Corporation*
   Las Vegas, Nevada 89128
*Attorneys for Hi-Tech Security, Inc.
and William Roseberry*

DATED this 29th day of January 2019.        DATED this 29th day of January 2019.

GREENMAN GOLDBERG RABY & MARTINEZ           DUBOWSKY LAW OFFICE, CHTD.

By: /s/ Dillon G. Coil                       By: /s/ Amanda C. Vogler-Heaton
   DILLON G. COIL, ESQ.                        PETER DUBOWSKY, ESQ.
   Nevada Bar No. 11541                        Nevada Bar No. 4972
   601 S. Ninth Street                         AMANDA C. VOGLER-HEATON, ESQ.
   Las Vegas, Nevada 89101                     Nevada Bar No. 13609
   601 S. Ninth Street                         300 S. Fourth Street, Suite 1020
   Las Vegas, Nevada 89101                     Las Vegas, Nevada 89101
*Attorneys for Wyman Plaintiffs*            *Attorneys for Wesco Ins. Co.*

## ORDER

**IT IS SO ORDERED.**

DATED this 4 day of February 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3