1  STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 7035
2  sjaffe@lawhjc.com
   MONTE HALL, ESQ.
3  Nevada Bar No. 239
   montehall@lawhjc.com
4  WALTER F. FICK, ESQ.
   Nevada Bar No. 14193
5  wfick@lawhjc.com

6  **HALL JAFFE & CLAYTON, LLP**
   7425 PEAK DRIVE
7  LAS VEGAS, NEVADA 89128
   (702) 316-4111
8  FAX (702) 316-4114

9  *Attorneys for Defendants Hi-Tech Security, Inc.
   and William Roseberry*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED, <br><br> Plaintiff, <br><br> vs. <br><br> SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation, <br><br> Defendants. | CASE NO. 2:16-cv-01206-JCM-CWH <br><br><br> **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME FOR FILING JOINT PRETRIAL ORDER (Fifth Request)** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG; HI-TECH SECURITY INC; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC; SANSONE COMPANIES, LLC; DOES I through V; and BUSINESS ENTITIES I through V, inclusive, <br><br> Defendants. | CONSOLIDATED WITH <br> CASE NO. 2:16-cv-02378-RFB-GWF |

A settlement conference was held in the above-referenced matter on October 30, 2018. The Parties were unsuccessful in reaching a settlement agreement. Prior to the settlement conference, a Stipulation and Order (ECF Nos. 54 and 55) was entered extending the time for filing the Joint Pretrial Order to thirty days after the settlement conference, if a settlement was not reached. On November 29, 2018, the Parties filed a Stipulation and Order (ECF Nos. 62 and 63) to extend the deadline by 30 days until January 2, 2019. On December 21, 2018, the Parties filed a Stipulation and Order (ECF Nos. 64 and 65) to extend the deadline until February 1, 2019.

On January 23, 2019, the Wyman Plaintiffs' counsel circulated a 21-page proposed draft of the Joint Pretrial Order, which addressed Plaintiffs' desired stipulated facts, documents, witness, designated deposition transcripts, and statements of issues to de decided. In January, the Defendants' counsel reviewed this proposed draft and determined that additional time was necessary to fact check the content sought by the Wyman Plaintiffs, and to prepare and offer their own content additions, objections, counter-designations, and other revisions. Accordingly, the Parties filed a Stipulation and Proposed Order (ECF No. 67) to extend the deadline until March 1, 2019. This Court granted the Parties' Proposed Order (ECF No. 68) on February 4, 2019.

Since then, the Parties have worked on the fact checking issues, but additional time is needed to complete this, for Defendants to complete their content additions, objections, counter-designations, and other revisions, and for the Parties to meet and confer in an effort to resolve their disputes and to form related evidentiary stipulations or objections. The parties desire, through meeting and conferring about these issues, to reduce the number and scope of any disputes that might need to be brought before this Court.

To permit sufficient time to accomplish these matters, the parties hereby request that the deadline to file the Joint Pretrial Order be extended by 30 days to April 1, 2019. This Stipulation is submitted in

...
...
...
...
...

good faith and is not interposed for purposes of delay. **This is the fifth request to extend the deadline for filing the Joint Pretrial Order.**

Respectfully submitted,

DATED this 22nd day of February 2019.

HALL JAFFE & CLAYTON, LLP

By: /s/ Walter Fick
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
MONTE HALL, ESQ.
Nevada Bar No. 239
WALTER F. FICK, ESQ.
Nevada Bar No. 14193
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Hi-Tech Security, Inc. and William Roseberry*

DATED this 22nd day of February 2019.

GREENMAN GOLDBERG RABY & MARTINEZ

By: /s/ Dillon G. Coil
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
601 S. Ninth Street
Las Vegas, Nevada 89101
601 S. Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Wyman Plaintiffs*

DATED this 22nd day of February 2019.

BARRON & PRUITT, LLP

By: /s/ William H. Pruitt
DAVID BARRON, ESQ.
Nevada Bar No. 142
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 W. Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Smart Industries Corporation*

DATED this 22nd day of February 2019.

DUBOWSKY LAW OFFICE, CHTD.

By: /s/ Amanda C. Vogler-Heaton
PETER DUBOWSKY, ESQ.
Nevada Bar No. 4972
AMANDA C. VOGLER-HEATON, ESQ.
Nevada Bar No. 13609
300 S. Fourth Street, Suite 1020
Las Vegas, Nevada 89101
*Attorneys for Wesco Ins. Co.*

## ORDER

**IT IS SO ORDERED.**

DATED this 26 day of February 2019.

_____
UNITED STATES MAGISTRATE JUDGE