STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
MONTE HALL, ESQ.
Nevada Bar No. 239
montehall@lawhjc.com
WALTER F. FICK, ESQ.
Nevada Bar No. 14193
wfick@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
LAS VEGAS, NEVADA 89128
(702) 316-4111
FAX (702) 316-4114

*Attorneys for Defendants Hi-Tech Security, Inc.
and William Roseberry*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | CASE NO. 2:16-cv-01206-JCM-CWH<br><br><br><br><br><br>**STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME FOR FILING JOINT PRETRIAL ORDER (Sixth Request)** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG; HI-TECH SECURITY INC; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC; SANSONE COMPANIES, LLC; DOES I through V; and BUSINESS ENTITIES I through V, inclusive,<br><br>Defendants. | CONSOLIDATED WITH<br>CASE NO. 2:16-cv-02378-RFB-GWF |

A settlement conference was held in the above-referenced matter on October 30, 2018. The Parties were unsuccessful in reaching a settlement agreement. Prior to the settlement conference, a Stipulation and Order (ECF Nos. 54 and 55) was entered extending the time for filing the Joint Pretrial Order to thirty days after the settlement conference, if a settlement was not reached. On November 29, 2018, the Parties filed a Stipulation and Order (ECF Nos. 62 and 63) to extend the deadline by 30 days until January 2, 2019. On December 21, 2018, the Parties filed a Stipulation and Order (ECF Nos. 64 and 65) to extend the deadline until February 1, 2019.

On January 23, 2019, the Wyman Plaintiffs' counsel circulated a 21-page proposed draft of the Joint Pretrial Order, which addressed Plaintiffs' desired stipulated facts, documents, witness, designated deposition transcripts, and statements of issues to de decided. In January, the Defendants' counsel reviewed this proposed draft and determined that additional time was necessary to fact check the content sought by the Wyman Plaintiffs, and to prepare and offer their own content additions, objections, counter-designations, and other revisions. Accordingly, the Parties filed a Stipulation and Proposed Order (ECF No. 67) to extend the deadline until March 1, 2019. This Court granted the Parties' Proposed Order (ECF No. 68) on February 4, 2019.

On February 22, 2019, the Parties filed a Stipulation and Proposed Order (ECF No. 69) to extend the deadline until April 1, 2019, because the Parties needed additional time fact checking issues, completing content additions, objections, counter-designations, and other revisions, and to meet and confer in an effort to resolve their disputes. This Court granted the Parties' Proposed Order (ECF No. 70) on February 26, 2019.

The Parties request an additional one-month continuance to accommodate counsel's trial schedules. Counsel for Defendant Smart Industries have an upcoming trial scheduled to commence on April 1, 2019. Counsel for Defendants Hi-Tech and Roseberry also have a separate upcoming two-week trial that will commence on April 1, 2019. Additionally, counsel for Defendants Hi-Tech and Roseberry are litigating a large and complex case that involved 19 depositions in March, many of which occurred out-of-state and some of which occurred simultaneously, and has 14 depositions scheduled for April. Finally, the Wyman Plaintiffs have recently retained additional counsel, who filed a Notice of Association (ECF No. 71) on February 28, 2019. The Parties would like to resolve as many of their

1 | disputes as possible to reduce the number and scope of issues that may need to be brought before this
2 | Court. The Parties therefore ask for an additional one-month continuance, until May 1, 2019, to
3 | accommodate defense counsel's trials and the addition of new counsel for Plaintiffs.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. **This is the sixth request to extend the deadline for filing the Joint Pretrial Order.**

Respectfully submitted,

DATED this 29th day of March 2019.

HALL JAFFE & CLAYTON, LLP

By: /s/ Walter Fick
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
MONTE HALL, ESQ.
Nevada Bar No. 239
WALTER F. FICK, ESQ.
Nevada Bar No. 14193
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Hi-Tech Security, Inc. and William Roseberry*

DATED this 29th day of March 2019.

GREENMAN GOLDBERG RABY & MARTINEZ

By: /s/ Kevin T. Strong
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
601 S. Ninth Street
Las Vegas, Nevada 89101
601 S. Ninth Street
Las Vegas, Nevada 89101
&
DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
KEVIN T. STRONG, ESQ.
Nevada Bar No. 12107
EGLET PRINCE
400 S. 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for Wyman Plaintiffs*

DATED this ___ day of March 2019.

BARRON & PRUITT, LLP

By:_____
DAVID BARRON, ESQ.
Nevada Bar No. 142
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 W. Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Smart Industries Corporation*

DATED this 28th day of March 2019.

DUBOWSKY LAW OFFICE, CHTD.

By: /s/ Peter Dubowsky
PETER DUBOWSKY, ESQ.
Nevada Bar No. 4972
AMANDA C. VOGLER-HEATON, ESQ.
Nevada Bar No. 13609
300 S. Fourth Street, Suite 1020
Las Vegas, Nevada 89101
*Attorneys for Wesco Ins. Co.*

IT IS SO ORDERED.

DATED: Apr 04, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

3

disputes as possible to reduce the number and scope of issues that may need to be brought before this Court. The Parties therefore ask for an additional one-month continuance, until May 1, 2019, to accommodate defense counsel's trials and the addition of new counsel for Plaintiffs.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. **This is the sixth request to extend the deadline for filing the Joint Pretrial Order.**

Respectfully submitted,

DATED this ___ day of March 2019.

HALL JAFFE & CLAYTON, LLP

By:_____
   STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 7035
   MONTE HALL, ESQ.
   Nevada Bar No. 239
   WALTER F. FICK, ESQ.
   Nevada Bar No. 14193
   7425 Peak Drive
   Las Vegas, Nevada 89128
*Attorneys for Hi-Tech Security, Inc. and William Roseberry*

DATED this ___ day of March 2019.

GREENMAN GOLDBERG RABY & MARTINEZ

By:_____
   DILLON G. COIL, ESQ.
   Nevada Bar No. 11541
   601 S. Ninth Street
   Las Vegas, Nevada 89101
   601 S. Ninth Street
   Las Vegas, Nevada 89101
&
   DENNIS M. PRINCE, ESQ.
   Nevada Bar No. 5092
   TRACY A. EGLET, ESQ.
   Nevada Bar No. 6419
   KEVIN T. STRONG, ESQ.
   Nevada Bar No. 12107
   EGLET PRINCE
   400 S. 7th Street, 4th Floor
   Las Vegas, Nevada 89101
*Attorneys for Wyman Plaintiffs*

DATED this 27th day of March 2019.

BARRON & PRUITT, LLP

By:_____
   DAVID BARRON, ESQ.
   Nevada Bar No. 142
   WILLIAM H. PRUITT, ESQ.
   Nevada Bar No. 6783
   3890 W. Ann Road
   North Las Vegas, Nevada 89031
*Attorneys for Smart Industries Corporation*

DATED this ___ day of March 2019.

DUBOWSKY LAW OFFICE, CHTD.

By:_____
   PETER DUBOWSKY, ESQ.
   Nevada Bar No. 4972
   AMANDA C. VOGLER-HEATON, ESQ.
   Nevada Bar No. 13609
   300 S. Fourth Street, Suite 1020
   Las Vegas, Nevada 89101
*Attorneys for Wesco Ins. Co.*

*Wesco v. Smart Industries* (2:16-cv-01206-JCM-CWH)
consolidated with:
*Wyman et al. v. Smart Industries et al.* (2:16-cv-02378-RFB-GWF)
STIPULATION AND [proposed] ORDER FOR EXTENSION
OF TIME FOR FILING JOINT PRETRIAL ORDER
(sixth request)

**ORDER**

**IT IS SO ORDERED.**

DATED this ___ day of _____ 2019.

_____
UNITED STATES JUDGE