DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
KEVIN T. STRONG, ESQ.
Nevada Bar No. 12107
**EGLET PRINCE**
400 S. 7th Street, 4th Floor
Las Vegas, Nevada 89101
E-Mail: eservice@egletlaw.com
T: 702.450.5400
F: 702.450.5451
*-and-*
GABRIEL A. MARTINEZ, ESQ.
Nevada Bar No. 326
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
**GREENMAN GOLDBERG RABY & MARTINEZ**
601 S. Ninth Street
Las Vegas, NV 89101
E-Mail: gmartinez@ggrmlawfirm.com
E-Mail: dcoil@ggrmlawfirm.com
T: 702. 384.1616
F:  702.384.2990
*Attorneys for Wyman Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendant.<br><br>JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN, | CASE NO.: 2:16-cv-01206-JCM-CWH<br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL WITH:<br><br>CASE NO.: 2:16-cv-02378-RFB-GWF<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR DEFENDANTS HI-TECH SECURITY AND WILLIAM ROSEBERRY'S MOTION FOR LEAVE TO FILE A THIRD-PARTY COMPLAINT (ECF NO. 79); MOTION FOR JOINDER OF JACOB WYMAN AS COMPULSORY PLAINTIFF (ECF NO. 78); AND EMERGENT MOTION TO STAY DEADLINE FOR FILING JOINT PRETRIAL ORDER (ECF NO. 79)** |

1

|   |   |
|---|---|
| 1 | Plaintiffs, |
| 2 | vs. |
| 3 | SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG.; HI-TECH SECURITY, INC.; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC; SANSONE COMPANIES, LLC; DOES I through V; and BUSINESS ENTITIES I through V, inclusive, |
| 6 | Defendants. |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiffs JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent, JENNIFER WYMAN; and JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN, through their attorneys of record, Dennis M. Prince, Esq., and Kevin T. Strong, Esq. of EGLET PRINCE and Gabriel A. Martinez, Esq. and Dillon G. Coil, Esq. of GREENMAN GOLDBERG RAMY & MARTINEZ; Plaintiff WESCO INSURANCE COMPANY, through its attorneys of record, Peter Dubowsky, Esq. and Amanda Vogler-Heaton, Esq.; Defendants HI-TECH SECURITY, INC. and WILLIAM ROSEBERRY, through their attorneys of record, STEVEN T. JAFFE, ESQ., MONTE HALL, ESQ., and WALTER F. FICK, ESQ. of HALL JAFFE & CLAYTON, LLP; and Defendant SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES, CORP., by and through its attorneys of record, David Barron, Esq., William H. Pruitt, Esq., and Joseph R. Meservy, Esq. of BARRON & PRUITT, LLP, that the deadline for the Wyman Plaintiffs to file their Responses to Defendants Hi-Tech Security, Inc.'s and William Roseberry's: (1) Motion for Leave to File a Third-Party Complaint for Contractual Indemnity Against Nickels and Dimes Incorporated (ECF No. 77); (2) Motion for Joinder of Jacob Wyman as a Compulsory Plaintiff; or, in the Alternative, Motion for Leave to File Third-Party Complaint Against Jacob Wyman; or, in the Alternative, Motion to File Complaint for Interpleader (ECF No. 78); and (3) Emergent Motion to Stay Deadline for Filing Joint Pretrial Order (ECF No. 79) and Responses to Defendant Smart Industries Corp.'s respective Joinders thereto (ECF Nos. 87, 88, and 89) shall be extended from May 28, 2019, to June 7, 2019. Defendants Hi-Tech Security and William Roseberry filed their respective Motions on May 14, 2019.

**IT IS FURTHER STIPULATED AND AGREED** that Defendants Hi-Tech Security, William Roseberry, and Smart Industries Corp. shall have until June 17, 2019 to file their Reply Briefs in support of their respective Motions and Joinders thereto.

The purpose for requesting this brief extension is that the Wyman Plaintiffs' counsel handling the briefing has been involved in the drafting of several briefs related to a trial in the Eighth Judicial District Court entitled *Evans-Waiau v. Tate,* Case No. A-16-736457-C over the course of the last two weeks. The Wyman Plaintiffs' counsel has also been preparing briefing for a matter pending in the Ninth Circuit Court of Appeals. Given the complexities of the various legal arguments presented in Hi-Tech Security and William Roseberry's Motions, the Wyman Plaintiffs respectfully request additional time to address the legal issues presented.

In light of the same and pending the Court's approval, counsel for Defendants/Movants Hi-Tech Security and William Roseberry has graciously agreed to a ten-day extension, through and until June 7, 2019, for the Wyman Plaintiffs to file their Responses to: (1) Motion for Leave to File a Third-Party Complaint for Contractual Indemnity Against Nickels and Dimes Incorporated (ECF No. 77); (2) Motion for Joinder of Jacob Wyman as a Compulsory Plaintiff; or, in the Alternative, Motion for Leave to File Third-Party Complaint Against Jacob Wyman; or, in the Alternative, Motion to File Complaint for Interpleader (ECF No. 78); and (3) Emergent Motion to Stay Deadline for Filing Joint Pretrial Order (ECF No. 79). Defendants Hi-Tech Security, William Roseberry, and Smart Industries Corp. shall have until June 17, 2019 to file their Reply Briefs in support of their respective Motions and Joinders thereto.

. . .
. . .
. . .
. . .
. . .
. . .
. . .

This is the first extension requested in connection with the underlying motions. Therefore, the parties respectfully request this Court to approve the foregoing stipulation.

DATED this 25th day of May, 2019.

**EGLET PRINCE**

/s/ Kevin T. Strong
DENNIS M. PRINCE, ESQ.
Nevada Bar No. 5092
KEVIN T. STRONG, ESQ.
Nevada Bar No. 12107
400 S. 7th Street, 4th Floor
Las Vegas, Nevada 89101
-and-
GABRIEL A. MARTINEZ, ESQ.
Nevada Bar No. 326
DILLON G. COIL, ESQ.
Nevada Bar No. 11541
**GREENMAN GOLDBERG RABY &MARTINEZ**
601 South Ninth Street
Las Vegas, NV 89101
*Attorneys for Wyman Plaintiffs*

DATED this 25th day of May, 2019.

**BARRON & PRUITT, LLP**

/s/ Joseph R. Meservy
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant Smart Industries Corporation*

DATED this 25th day of May, 2019.

**HALL, JAFFE & CLAYTON, LLP**

/s/ Walter F. Fick
STEVEN JAFFE, ESQ.
Nevada Bar No. 7035
WALTER F. FICK, ESQ.
Nevada Bar No. 14193
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants Hi-Tech Security, Inc. and William Roseberry*

Dated this 25th day of May, 2019.

**DUBOWSKY LAW OFFICE, CHTD.**

/s/ Amanda Vogler-Heaton
PETER DUBOSWKY, ESQ.
Nevada Bar No. 4972
AMANDA VOGLER-HEATON, ESQ.
Nevada Bar No. 13609
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
*Attorneys for Wesco Ins. Co.*

## **ORDER**

**IT IS SO ORDERED.**

Dated this 4th day of June 2019.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE