UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WESCO INSURANCE COMPANY, *et al.*, <br><br> Plaintiffs, <br> v. <br> SMART INDUSTRIES CORPORATION, *et al.*, <br><br> Defendants. | Case No. 2:16-cv-01206-JCM-GWF <br><br> **ORDER** |

On July 15, 2019, the parties filed a joint status report concerning Jacob Wyman (ECF No. 120). On July 17, 2019, Hi Tech Security Inc. ("Hi Tech Security") and William Roseberry filed their supplemental memorandum on consolidation.

Plaintiff request an additional to weeks to either finalize a stipulation and/or file a status report regarding Jacob Wyman's consent to removal. Hi Tech Security and Mr. Roseberry represent that counsel for Plaintiff Rodriquez advised that he will consent to removing his case to federal court. The parties shall file a stipulation and/or a status report informing the Court of the state court plaintiffs' consent to removal no later than **July 29, 2019**. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall shall file a stipulation and/or a status report informing the Court of the state court plaintiffs' consent to removal no later than **July 29, 2019**.

Dated this 18th day of July, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1