**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-EJY<br><br><br><br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02378-JCM-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO SARA RODRIGUEZ'S PUNITIVE DAMAGES ALLEGATIONS** |

1

HI-TECH SECURTY INC; and WILLIAM ROSEBERRY,

      Third-Party Plaintiffs,

vs.

NICKELS AND DIMES INCORPORATED,

      Third-Party Defendants.

IT IS HEREBY STIPULATED AND AGREED by and between 1) Plaintiffs Jennifer Wyman, Bear Wyman, and the Joint Special Administrators of the Estate of Charles Wyman, by and through their attorneys of the law firm EGLET ADAMS; 2) Plaintiff Sara Rodriguez, by and through her attorneys of the law firm CLIFF W. MARCEK, P.C.; 3) Wesco Insurance Company, by and through its attorneys of the law firm DUBOWSKY LAW OFFICE, CHTD.; 4) Defendant Smart Industries Corporation dba Smart Industries Corp., MFG, by and through its attorneys of the law firm BARRON & PRUITT, LLP; and 5) Defendants Hi-Tech Security, Inc. and William Roseberry, by and through their attorneys of the law firm HALL JAFFE & CLAYTON, LLP, that Plaintiff Sara Rodriguez's punitive damages allegations in the above-captioned case, shall be dismissed, without prejudice, each party to bear its attorney's fees and costs incurred to date.

Dated this 6th day of Nov., 2019,

BARRON & PRUITT, LLP

~~DAVID BARRON~~, ESQ. Joseph Meservy
Nevada Bar No. ~~142~~ 14088
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*Smart Industries Corporation*

Dated this 17th day of October, 2019,

HALL, JAFFE & CLAYTON, LLP

/s/ Walter F. Fick
STEVEN JAFFE, ESQ.
Nevada Bar No. 7035
WALTER F. FICK, ESQ.
Nevada Bar No. 14193
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Defendants Hi-Tech*
*Security, Inc. and William Roseberry*

| | |
|---|---|
| Dated this ____ day of _____, 2019, | Dated this 17th day of October, 2019, |
| EGLET ADAMS<br>&<br>GREENMAN GOLDBERG RABY & MARTINEZ | DUBOWSKY LAW OFFICE, CHTD.<br><br>*/s/ Peter Duboswky*<br>PETER DUBOSWKY, ESQ.<br>Nevada Bar No. 4972<br>AMANDA VOGLER-HEATON, ESQ.<br>Nevada Bar No. 13609<br>300 South Fourth Street, Suite 1020<br>Las Vegas, Nevada 89101<br>*Attorneys for Wesco Ins. Co.* |
| <u>N/A to Rodriguez Claim</u><br>TRACY A. EGLET, ESQ.<br>Nevada Bar No. 6419<br>THOMAS N. BECKOM, ESQ.<br>Nevada Bar NO. 12554<br>400 S. 7th Street, 4th Floor<br>Las Vegas, Nevada 89101<br>&<br>DILLON COIL, ESQ.<br>Nevada Bar No. 11541<br>601 South Ninth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Wyman Plaintiffs* | Dated this ____ day of _____, 2019,<br><br>CLIFF W. MARCEK, PC<br>&<br>HOLLORAN SCHWARTS & GAERTNER LLP<br><br><br>CLIFF W. MARCEK, ESQ.<br>Nevada Bar No. 5061<br>536 East St. Louis Ave.<br>Las Vegas, Nevada 89104<br>&<br>THOMAS SCHWARTZ, ESQ.<br>REBECCA GROSSMAN, ESQ.<br>9200 Litzsinger Road<br>St. Louis, MO 63144<br>*Attorneys for Rodriguez Plaintiffs* |

**ORDER**

**IT IS SO ORDERED.**

DATED: November 8, 2019.

_____
UNITED STATES DISTRICT JUDGE

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

627.67

Dated this ____ day of _____, 2019,

EGLET ADAMS
&
GREENMAN GOLDBERG RABY & MARTINEZ

_____
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
THOMAS N. BECKOM, ESQ.
Nevada Bar NO. 12554
400 S. 7th Street, 4th Floor
Las Vegas, Nevada 89101
&
DILLON COIL, ESQ.
Nevada Bar No. 11541
601 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Wyman Plaintiffs*

Dated this ____ day of _____, 2019,

DUBOWSKY LAW OFFICE, CHTD.

_____
PETER DUBOSWKY, ESQ.
Nevada Bar No. 4972
AMANDA VOGLER-HEATON, ESQ.
Nevada Bar No. 13609
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
*Attorneys for Wesco Ins. Co.*

Dated this 17 day of October, 2019,

CLIFF W. MARCEK, PC
&
HOLLORAN SCHWARTS & GAERTNER LLP

_____
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
536 East St. Louis Ave.
Las Vegas, Nevada 89104
&
THOMAS SCHWARTZ, ESQ.
REBECCA GROSSMAN, ESQ.
9200 Litzsinger Road
St. Louis, MO 63144
*Attorneys for Rodriguez Plaintiffs*

**ORDER**

**IT IS SO ORDERED.**

DATED this ____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE

3