**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*\*\*

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-EJY<br><br><br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02378-JCM-EJY<br><br><br>**STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR DEFENDANT SMART TO FILE ITS REPLY IN SUPPORT OF MOTION TO STRIKE WYMAN PLAINTIFFS' FOURTH DISCLOSURE OF DOCUMENTS AND WITNESSES (First Request)** |

1

HI-TECH SECURTY INC; and WILLIAM
ROSEBERRY,

                    Third-Party Plaintiffs,

vs.

NICKELS AND DIMES INCORPORATED,

                    Third-Party Defendants.

     Defendant Smart Industries Corporation's Reply in Support of Motion to Strike Wyman Plaintiffs' Fourth Disclosure of Documents and Witnesses is currently due on November 7, 2019. With this Court's approval, the parties hereby agree that the deadline for said Reply shall be extended by one day. As such Defendant Smart Industries Corporation's Reply in Support of Motion to Strike Wyman Plaintiffs' Fourth Disclosure of Documents and Witnesses shall now be due on November 8, 2019.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

627.67

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the first request to extend the deadline for filing the Defendant Smart Industries Corporation's Reply in Support of Motion to Strike Wyman Plaintiffs' Fourth Disclosure of Documents and Witnesses.

Respectfully submitted,

Dated this 7th day of November, 2019,

BARRON & PRUITT, LLP

*/s/ William H. Pruitt*
DAVID BARRON, ESQ.
Nevada Bar No. 142
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*Smart Industries Corporation*

Dated this 7th day of November, 2019,

CLIFF W. MARCEK, PC

*/s/ Cliff W. Marcek*
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
536 East St. Louis Ave.
Las Vegas, Nevada 89104
*Attorneys for the Rodriguez Plaintiffs*

Dated this 7th day of November, 2019,

EGLET ADAMS

*/s/ Tracy A. Eglet*
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
THOMAS N. BECKOM, ESQ.
Nevada Bar No. 12554
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for the Wyman Plaintiffs*

## ORDER

**IT IS SO ORDERED.**

DATED this 8th day of November, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

627.67