ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
**EGLET ADAMS**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Email: eservice@egletlaw.com
Tel.: (702) 450-5400
Fax: (702) 450-5451
*Attorneys for Plaintiffs Jennifer Wyman, Bear Wyman,
and the Estate of Charles Wyman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION d/b/a SMART INDUSTRIES CORP, MFG, an Iowa corporation,<br><br>Defendants. | CASE NO. 2:16-CV-01206-JCM-EJY<br><br>**EGLET ADAMS' MOTION FOR REMOVAL OF ONLY ATTORNEYS DENNIS M. PRINCE AND KEVIN T. STRONG FROM THE ELECTRONIC SERVICE LIST**<br><br>**TRIAL DATE:** NONE SET |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION d/b/a SMART INDUSTRIES CORP., MFG, an Iowa corporation, HI-TECH SECURITY INC., a Nevada corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada corporation; DOES I thought V; DOES 1 thought 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendants. | CONSOLIDATED FOR DISCOVERY AND TRIAL<br><br>CASE NO. 2:16-cv-02378-JCM-CWH |

| |
|---|
| HI-TECH SECURITY, INC.; and WILLIAM ROSEBERRY, |
| Third-Party Plaintiffs, |
| vs. |
| NICKELS AND DIME INCORPORATED, |
| Third-Party Defendant. |

COME NOW, Plaintiffs JENNIFER WYMAN, BEAR WYMAN, and THE ESTATE OF CHARLES WYMAN (hereinafter collectively "Plaintiffs"), by and through their attorneys of record, ROBERT M. ADAMS, ESQ. and TRACY A. EGLET, ESQ., of the law firm of EGLET ADAMS, hereby submit Eglet Adams' Motion for Removal of Only Attorneys DENNIS M. PRINCE and KEVIN T. STRONG From The Electronic Service List as Attorneys for Plaintiffs.

On July 13, 2019, this firm filed a Notice Of Firm Name Change from EGLET PRINCE to EGLET ADAMS.

Dennis M. Prince and Kevin T. Strong are no longer affiliated with THE EGLET FIRM As such we respectfully request that both names be removed from the electronic service list.

This instant motion is filed for the sole purpose of requesting removal of Only Attorneys Dennis M. Prince and Kevin T. Strong From The Electronic Service List. The specific e-mail addresses of each are as follow:.

(1) Dennis M. Prince, Esq. dprince@thedplg.com
(2) Kevin T. Strong, Esq. kstrong@thedplg.com

Dated this 6th day of February 2020.

EGLET ADAMS

ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
*Attorneys for Plaintiffs*
*Jennifer Wyman, Bear Wyman,*
*and the Estate of Charles Wyman*

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated: February 10, 2020

2