**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-EJY<br><br><br><br><br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, | Case No.: 2:16-cv-02378-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSTION OF TIME FOR DEFENDANT SMART TO FILE ITS RESPONSES TO MOTIONS IN LIMINE** |

1

|                                  | Defendants.              |
|----------------------------------|--------------------------|
| HI-TECH SECURTY INC; and WILLIAM ROSEBERRY, | |
|                                  | Third-Party Plaintiffs,  |
| vs.                              |                          |
| NICKELS AND DIMES INCORPORATED,  |                          |
|                                  | Third-Party Defendants.  |

Defendant Smart Industries Corporation's responses to (1) Plaintiff's Motion in Limine No. 1 to Preclude Testimony that the Subject Arcade Machine Was Not Serviced in a Reasonable Foreseeable Manner (ECF #181); (2) Plaintiff's Motion in Limine No. 2 to Preclude Evidence or Argument that the Defective Subject Arcade Machine was Not the Cause of Charles Wyman's Electrocution and Request for Judicial Notice of NRS 259.050, NRS 440.420 and Certificate of Death (ECF #182); (3) Plaintiff's Motion in Limine No. 3 to Preclude Testimony Argument, or Evidence that the Subject Arcade Machine Was Not Defective at the Time of the Incident (ECF #183); (4) Plaintiff's Motion in Limine No. 4 to Preclude Any Argument that Defendant Smart Industries Corporation Was Anything Other Than a Manufacturer, Distributor, and Seller of the Defective Arcade Machine Pursuant to Nevada Law (ECF #184) are currently due February 11, 2020. With this Court's approval, the parties hereby agree that the deadline for said responses shall be extended by 14 days. As such Defendant Smart Industries Corporation's responses to Plaintiff's Motions in Limine Nos. 1 through 4 shall now be due on February 25, 2020.

///
///
///
///
///
///
///
///

2

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the first request to extend the deadline for filing the Defendant Smart Industries Corporation's replies to Plaintiff's Motions in Limine Nos. 1 through 4 (ECF #181-184).

Respectfully submitted,

Dated this 10th day of February, 2020,　　　Dated this 10th day of February, 2020,

BARRON & PRUITT, LLP　　　　　　　　　EGLET ADAMS

 /s/ Joseph R. Meservy　　　　　　　　　　　 /s/ Thomas N. Beckom
DAVID BARRON, ESQ.　　　　　　　　　　TRACY A. EGLET, ESQ.
Nevada Bar No. 142　　　　　　　　　　　　Nevada Bar No. 6419
JOSEPH R. MESERVY, ESQ.　　　　　　　THOMAS N. BECKOM, ESQ.
Nevada Bar No. 14088　　　　　　　　　　Nevada Bar No. 12554
3890 West Ann Road　　　　　　　　　　　400 South 7th Street, 4th Floor
North Las Vegas, Nevada 89031　　　　　　Las Vegas, Nevada 89101
*Attorneys for Defendant*　　　　　　　　　*Attorneys for the Wyman Plaintiffs*
*Smart Industries Corporation*

## ORDER

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor,

IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

DATED February 11, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE