**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED, <br><br> Plaintiff, <br><br> vs. <br><br> SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation, <br><br> Defendants. | Case No.: 2:16-cv-01206-JCM-EJY <br><br><br><br> CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, | Case No.: 2:16-cv-02378-JCM-EJY <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SMART TO FILE ITS RESPONSES TO MOTIONS IN LIMINE (Second Request)** |

1

|  | Defendants. |
|---|---|
| HI-TECH SECURTY INC; and WILLIAM ROSEBERRY, | |
| | Third-Party Plaintiffs, |
| vs. | |
| NICKELS AND DIMES INCORPORATED, | |
| | Third-Party Defendants. |

Defendant Smart Industries Corporation's responses to (1) Plaintiff's Motion in Limine No. 1 to Preclude Testimony that the Subject Arcade Machine Was Not Serviced in a Reasonable Foreseeable Manner (ECF #181); (2) Plaintiff's Motion in Limine No. 2 to Preclude Evidence or Argument that the Defective Subject Arcade Machine was Not the Cause of Charles Wyman's Electrocution and Request for Judicial Notice of NRS 259.050, NRS 440.420 and Certificate of Death (ECF #182); (3) Plaintiff's Motion in Limine No. 3 to Preclude Testimony Argument, or Evidence that the Subject Arcade Machine Was Not Defective at the Time of the Incident (ECF #183); (4) Plaintiff's Motion in Limine No. 4 to Preclude Any Argument that Defendant Smart Industries Corporation Was Anything Other Than a Manufacturer, Distributor, and Seller of the Defective Arcade Machine Pursuant to Nevada Law (ECF #184) are currently due February 25, 2020. With this Court's approval, the parties hereby agree that the deadline for said responses shall be extended by 10 days. As such Defendant Smart Industries Corporation's responses to Plaintiff's Motions in Limine Nos. 1 through 4 shall now be due on March 6, 2020.

///
///
///
///
///
///
///
///

2

627.67

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the second request to extend the deadline for filing the Defendant Smart Industries Corporation's replies to Plaintiff's Motions in Limine Nos. 1 through 4 (ECF #181-184).

Respectfully submitted,

Dated this 25th day of February, 2020,

BARRON & PRUITT, LLP

 /s/ Joseph R. Meservy
DAVID BARRON, ESQ.
Nevada Bar No. 142
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant
Smart Industries Corporation*

Dated this 25th day of February, 2020,

EGLET ADAMS

 /s/ Thomas N. Beckom
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
THOMAS N. BECKOM, ESQ.
Nevada Bar No. 12554
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for the Wyman Plaintiffs*

## **ORDER**

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor,

IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

DATED February 26, 2020.

_____
UNITED STATES DISTRICT JUDGE

3

627.67