STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
MONTE HALL, ESQ.
Nevada Bar No. 239
montehall@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendants/Third-Party Plaintiffs*
*Hi-Tech Security Inc and William Roseberry*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED, | CASE NO.  2:16-cv-01206-JCM-EJY |
| Plaintiff, | CONSOLIDATED WITH: |
| vs. | CASE NO. 2:16-cv-02378-JCM-CWH |
| SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation, | |
| Defendants. | **STIPULATION AND ORDER TO DISMISS THIRD PARTY COMPLAINT OF HI-TECH SECURITY AND WILLIAM ROSEBERRY AGAINST NICKELS AND DIMES INCORPORATED** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN, | |
| Plaintiffs, | |
| vs. | |
| SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES I through V; Does 1 through 10; and BUSINESS ENTITIES I through V; and ROE | |

1  CORPORATIONS 11 through 12, inclusive,

2                              Defendants.

3

4  HI-TECH SECURITY INC; and WILLIAM
   ROSEBERRY,
5

6                       Third-Party Plaintiffs,

7  vs.

8  NICKELS AND DIMES INCORPORATED,

9                       Third-Party Defendant.

10

**STIPULATION AND ORDER TO DISMISS THIRD PARTY**
11  **COMPLAINT OF HI-TECH SECURITY AND WILLIAM ROSEBERRY**
   **AGAINST NICKELS AND DIMES INCORPORATED**
12

13       Comes Now the undersigned parties by and through their counsel who

14  stipulate as follows:

15       1.     No party to this dispute has brought a claim against Nickels and

16  Dimes;

17       2.     Hi-Tech has settled with the Plaintiffs, eliminating their claim for

18  contractual indemnity against Nickels and Dimes;

19       3.     No party has shown cause why dismissal of Hi-Tech's Third Party

20  Complaint should not be entered as contemplated by the Court's Order of

21  February 6, 2020, ECF 188;

22       4.     The Third Party Complaint of Hi-Tech Security and William

23  Roseberry against Nickels and Dimes Incorporated as Third Party Defendants

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

should be dismissed, with prejudice, with each party bearing their own fees and

costs.

DATED this 26th day of February, 2020.   DATED this 26th day of February, 2020.

HALL JAFFE & CLAYTON, LLP          WILSON, ELSER, MOSKOWITZ
                                   EDELMAN & DICKER LLP


    /s/ Monte Hall, Esq.                   /s/ Mark C. Severino, Esq.
STEVEN T. JAFFE, ESQ.              KAREN L. BASHOR, ESQ.
Nevada Bar No. 007035             Nevada Bar No. 011913
MONTE HALL, ESQ.                  MARK C. SEVERINO, ESQ.
Nevada Bar No. 00239             Nevada Bar No. 014117
7425 Peak Drive                   300 S. Fourth Street, 11th Floor
Las Vegas, Nevada 89128           Las Vegas, NV 89101
Attorneys for Defendants/Third-Party  Attorneys for Third Party Defendant
Plaintiffs Hi-Tech Security Inc. and  Nickels and Dimes Incorporated
William Roseberry


## ORDER

It is so Ordered.

Dated March 2, 2020.


_____
United States District Judge