**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-EJY<br><br><br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, | Case No.: 2:16-cv-02378-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SMART TO TAKE CERTAIN DEPOSITIONS (First Request)** |

1

**BARRON & PRUITT, LLP**
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

| | |
|---|---|
| | Defendants. |
| HI-TECH SECURTY INC; and WILLIAM ROSEBERRY, | |
| | Third-Party Plaintiffs, |
| vs. | |
| NICKELS AND DIMES INCORPORATED, | |
| | Third-Party Defendants. |

On February 19, 2020, this Court issued an Order (ECF No. 199) stating that "discovery is reopened for a period of 45 days, beginning from the date of this Order, for the sole and exclusive purpose of allowing Smart Industries to depose Sara Rodriguez, Samir Bangalore, M.D. as a fact witness, Jerry Andrews as a fact witness, Lisa Gavin, as a fact witness, and Person Most Knowledgeable for the Clark County Coroner/Medical Examiner, and the Person(s) Most Knowledgeable for Sunrise Hospital, Affordable Cremation & Burial, and the Clark County Fired Department." ECF No. 199 at 19. Accordingly, Smart Industries currently has until April 4, 2020 to take any of the foregoing depositions.

Due to "the recent outbreak of the coronavirus disease 2019 ("COVID-19") in the District of Nevada" (*see* Temporary General Order 2020-03), deponents have communicated to counsel for Smart Industries real concerns about participating in-person for a deposition at this time. Upon information and belief, others, including Jerry Andrews, have simply avoided communicating any availability. Additionally, Smart Industries is concerned that technology presently available may impede its ability to present deponents with detailed documents at deposition and elicit their testimony concerning the same.

///
///
///
///
///
///

2

627.67

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

With this Court's approval, the parties hereby agree that the deadline for "Smart Industries to depose Sara Rodriguez, Samir Bangalore, M.D. as a fact witness, Jerry Andrews as a fact witness, Lisa Gavin, as a fact witness, and Person Most Knowledgeable for the Clark County Coroner/Medical Examiner, and the Person(s) Most Knowledgeable for Sunrise Hospital, Affordable Cremation & Burial, and the Clark County Fired Department" shall be extended by 60 days, or such other time as deemed appropriate by the Court. As such, the deadline provided in ECF No. 199 at 19 for Smart Industries to take the aforementioned depositions shall conclude 60 days from the date of this order.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the first request to extend the discovery deadline for the sole purpose of allowing Smart Industries to depose Sara Rodriguez, Samir Bangalore, M.D. as a fact witness, Jerry Andrews as a fact witness, Lisa Gavin, as a fact witness, and Person Most Knowledgeable for the Clark County Coroner/Medical Examiner, and the Person(s) Most Knowledgeable for Sunrise Hospital, Affordable Cremation & Burial, and the Clark County Fired Department.

Respectfully submitted,
Dated this 19th day of March, 2020,           Dated this 19th day of March, 2020,

BARRON & PRUITT, LLP                          EGLET ADAMS


  */s/ Joseph R. Meservy*                       */s/ James Trummell*
DAVID BARRON, ESQ.                            TRACY A. EGLET, ESQ.
Nevada Bar No. 142                            Nevada Bar No. 6419
JOSEPH R. MESERVY, ESQ.                       JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14088                          Nevada Bar No. 14127
3890 West Ann Road                            ASHLEY E. KABINS, ESQ.
North Las Vegas, Nevada 89031                 Nevada Bar No. 15057
*Attorneys for Defendant*                     400 South 7th Street, 4th Floor
*Smart Industries Corporation*                Las Vegas, Nevada 89101
                                              *Attorneys for the Wyman Plaintiffs*

Dated this 19th day of March, 2020,

CLIFF W. MARCEK, P.C.


  */s/ Cliff Marcek*
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
536 East St. Louis Ave.
Las Vegas, Nevada 89104
*Attorneys for Plaintiffs Sara Rodriguez
and Jacob Wyman*

3

627.67

Case No. 2:16-cv-02378-JCM-EJY
Stipulation and Order for Extension of
Time for Defendant Smart to
Take Certain Depositions (First Request)

### ORDER

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

DATED this 23rd day of March, 2020.

_____
UNITED STATES MAGISTRATE JUDGE