**SAO**
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JAMES A. TRUMMELL, ESQ.
Nevada Bar No.: 14127
**EGLET ADAMS**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Email: eservice@egletlaw.com
Tel.: (702) 450-5400
Fax: (702) 450-5451
*Attorneys for Plaintiffs*
*Jennifer Wyman, Bear Wyman,*
*and the Estate of Charles Wyman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION d/b/a SMART INDUSTRIES CORP, MFG, an Iowa corporation,<br><br>Defendants. | Case No. 2:16-cv-01206-JCM-EJY<br><br><br>**STIPULATION AND ORDER TO SUBSTITUTE KATHRYN HARDESTY FOR VIVIAN SOOF AS JOINT SPECIAL ADMINISTRATOR OF THE ESTATE OF CHARLES WYMAN** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs. | CONSOLIDATED WITH<br>Case No. 2:16-cv-02378-JCM-CWH |

| | |
|---|---|
| 1 | SMART INDUSTRIES CORPORATION, d/b/a SMART INDUSTRIES CORP., MFG, an Iowa corporation, HI-TECH SECURITY INC., a Nevada corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada corporation; DOES I thought V; DOES 1 thought 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, |
| 7 | Defendants. |
| 9 | HI-TECH SECURITY, INC; and WILLIAM ROSEBERRY, |
| 10 | Third-Party Plaintiffs, |
| 12 | vs. |
| 13 | NICKELS AND DIMES INCORPORATED, |
| 14 | Third-Party Defendant. |

IT IS HEREBY STIPULATED by and between Plaintiffs JENNIFER WYMAN, BEAR WYMAN, and the ESTATE OF CHARLES WYMAN, by and through his counsel of record, Tracy A. Eglet, Esq. and James A. Trummell, Esq., of the law firm EGLET ADAMS; Plaintiffs SARA RODRIGUEZ and JACOB WYMAN, by and through their counsel of record, Cliff W. Marcek, Esq., of the law firm CLIFF W. MARCEK, P.C.; Plaintiff WESCO INSURANCE COMPANY, by and through its attorney of record, Peter Dubowsky, Esq., of the law firm DUBOWSKY LAW OFFICE, CHTD.; and Defendant SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES, CORP., by and through its attorneys of record, David Barron, Esq., William H. Pruitt, Esq., and Joseph R. Meservy, Esq. of the law firm BARRON & PRUITT, LLP, that KATHRYN HARDESTY will substitute for VIVIAN SOOF as Joint Special Administrator of the ESTATE OF CHARLES WYMAN.

. . .

. . .

2

| | |
|---|---|
| Respectfully submitted by: | Approved as to Form and Content by: |
| DATED this 2nd day of April, 2020. | DATED this 2nd day of April, 2020. |
| /s/ Tracy A. Eglet, Esq.<br>TRACY A. EGLET, ESQ.<br>Nevada Bar No. 6419<br>JAMES A. TRUMMELL, ESQ.<br>Nevada Bar No. 14127<br>EGLET ADAMS<br>400 South Seventh Street, Suite 400<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | /s/ David Barron, Esq.<br>DAVID BARRON, ESQ.<br>Nevada Bar No. 142<br>WILLIAM H. PRUITT, ESQ.<br>Nevada Bar No. 6783<br>JOSEPH R. MESERVY, ESQ.<br>Nevada Bar No. 14088<br>BARRON & PRUITT, LLP<br>3890 West Ann Road<br>North Las Vegas, Nevada 89031<br>*Attorneys for Defendant*<br>*Smart Industries Corporation* |
| Approved as to Form and Content by: | Approved as to Form and Content by: |
| DATED this 2nd day of April, 2020. | DATED this 2nd day of April, 2020. |
| /s/ Cliff W. Marcek, Esq.<br>CLIFF W. MARCEK, ESQ.<br>Nevada Bar No. 5061<br>536 East St. Louis Ave.<br>Las Vegas, Nevada 89104<br>*Attorneys for Plaintiffs Sara Rodriguez*<br>*and Jacob Wyman* | /s/ Peter Dubowsky, Esq.<br>PETER DUBOSWKY, ESQ.<br>Nevada Bar No. 4972<br>DUBOWSKY LAW OFFICE, CHTD.<br>300 South Fourth Street, Suite 1020<br>Las Vegas, Nevada 89101<br>*Attorneys for Wesco Ins. Co.* |

**ORDER**

Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that KATHRYN HARDESTY will substitute for VIVIAN SOOF as Joint Special Administrator of the ESTATE OF CHARLES WYMAN.

DATED this 2nd day of April, 2020.

_____
UNITED STATES MAGISTRATE JUDGE