**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-EJY<br><br><br><br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, | Case No.: 2:16-cv-02378-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SMART TO FILE OPPOSITIONS TO WYMAN PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT (Second Request)** |

1

627.67

|   |   |
|---|---|
| | Defendants. |
| HI-TECH SECURTY INC; and WILLIAM ROSEBERRY, | |
| | Third-Party Plaintiffs, |
| vs. | |
| NICKELS AND DIMES INCORPORATED, | |
| | Third-Party Defendants. |

Defendant Smart Industries Corporation's responses to (1) Wyman Plaintiffs' Motion for Partial Summary Judgment as to the Absence of Comparative Fault for Their Strict Product Liability Claim (ECF #212); (2) Wyman Plaintiffs' Motion for Partial Summary Judgment Regarding Causation of Charles Wyman's Death (ECF #215); and (3) Wyman Plaintiffs' Motion for Partial Summary Judgment Regarding Special Damages (ECF #216) are currently due April 3, 2020. With this Court's approval, the parties hereby agree that the deadline for said responses shall be extended by 14 days. As such Defendant Smart Industries Corporation's responses to the Wyman Plaintiffs' three Motions for Partial Summary Judgment shall now be due on April 17, 2020. Defendant Smart Industries Corporation requests this extension due to a family medical emergency that has required counsel to travel out of state and remain there.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the second request to extend the deadline for filing Defendant Smart Industries Corporation's responses to the Wyman Plaintiffs' Motions for Partial Summary Judgment (ECF #212, 215 and 216).

Respectfully submitted,

| | |
|---|---|
| Dated this 1st day of April, 2020, | Dated this 1st day of April, 2020, |
| BARRON & PRUITT, LLP | EGLET ADAMS |
| | |
| /s/ David Barron | /s/ James Trummell |
| DAVID BARRON, ESQ. | TRACY A. EGLET, ESQ. |
| Nevada Bar No. 142 | Nevada Bar No. 6419 |
| JOSEPH R. MESERVY, ESQ. | JAMES A. TRUMMELL, ESQ. |
| Nevada Bar No. 14088 | Nevada Bar No. 14127 |
| 3890 West Ann Road | ASHLEY E. KABINS, ESQ. |
| North Las Vegas, Nevada 89031 | Nevada Bar No. 15057 |
| *Attorneys for Defendant* | 400 South 7th Street, 4th Floor |
| *Smart Industries Corporation* | Las Vegas, Nevada 89101 |
| | *Attorneys for the Wyman Plaintiffs* |

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

627.67

Case No. 2:16-cv-02378-JCM-EJY
Stipulation and Order for Extension of
Time for Defendant Smart's Responses to
Wyman Plaintiffs' Motions for Partial
Summary Judgment
(Second Request)

**ORDER**

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor,

IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

DATED April 3, 2020.

_____
UNITED STATES DISTRICT JUDGE

3