**SAO**
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JAMES A. TRUMMELL, ESQ.
Nevada Bar No.: 14127
**EGLET ADAMS**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Email: eservice@egletlaw.com
Tel.: (702) 450-5400
Fax: (702) 450-5451
*Attorneys for Plaintiffs*
*Jennifer Wyman, Bear Wyman,*
*and the Estate of Charles Wyman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION d/b/a SMART INDUSTRIES CORP, MFG, an Iowa corporation,<br><br>Defendants. | Case No. 2:16-cv-01206-JCM-EJY<br><br>**<u>STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLIES TO PLAINTIFFS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT (First Request)</u>** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs. | CONSOLIDATED WITH<br>Case No. 2:16-cv-02378-JCM-CWH |

Wyman v. Smart Industries Corporation, et al.
Case No. 2:16-cv-02378-JCM-EJY
Stipulation and Order for Extension of Time for Plaintiffs to File Replies to Plaintiffs'
Motions for Partial Summary Judgment (First Request)

|   |   |
|---|---|
| 1 | SMART INDUSTRIES CORPORATION, d/b/a SMART INDUSTRIES CORP., MFG, an Iowa corporation, HI-TECH SECURITY INC., a Nevada corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada corporation; DOES I thought V; DOES 1 thought 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | Defendants. |
| 8 | |
| 9 | HI-TECH SECURITY, INC; and WILLIAM ROSEBERRY, |
| 10 | |
| 11 | Third-Party Plaintiffs, |
| 12 | vs. |
| 13 | NICKELS AND DIMES INCORPORATED, |
| 14 | Third-Party Defendant. |
| 15 | |

Wyman Plaintiffs' replies to: (1) Defendant Smart Industries Corporation's Opposition to Wyman Plaintiffs' Motion for Partial Summary Judgment as to the Absence of Comparative Fault for Their Strict Product Liability Claim (ECF #247); (2) Defendant Smart Industries Corporation's Opposition to Wyman Plaintiffs' Motion for Partial Summary Judgment Regarding Causation of Charles Wyman's Death (ECF #248); and (3) Defendant Smart Industries Corporation's Opposition to Wyman Plaintiffs' Motion for Partial Summary Judgment Regarding Special Damages (ECF #249), are currently due May 1, 2020. Due to unexpected delays related to remote working as a result of COVID-19 safety precautions and limitations, and having not received Defendants' Oppositions until April 17, 2020, the parties hereby stipulate and agree that the deadline for Plaintiffs' replies shall be extended by 14 days. As such, the parties request a

Wyman v. Smart Industries Corporation, et al.
Case No. 2:16-cv-02378-JCM-EJY
Stipulation and Order for Extension of Time for Plaintiffs to File Replies to Plaintiffs'
Motions for Partial Summary Judgment (First Request)

1 briefing extension to May 15, 2020 for Wyman Plaintiffs' Replies to Defendant Smart Industries

2 Corporation's Oppositions to the respective Motions for Partial Summary Judgment.

3     This Stipulation is submitted in good faith and is not interposed for purposes of delay.

4 This is the first request to extend the deadline for filing replies to the Defendant Smart Industries

5 Corporation's Oppositions to Wyman Plaintiffs' Motions for Partial Summary Judgment (ECF

6 #247, 248 and 249).

| Respectfully submitted by: | Approved as to Form and Content by: |
|---|---|
| DATED this 30th day of April, 2020. | DATED this 30th day of April, 2020. |
| */s/ Tracy A. Eglet, Esq.* <br> TRACY A. EGLET, ESQ. <br> Nevada Bar No. 6419 <br> JAMES A. TRUMMELL, ESQ. <br> Nevada Bar No. 14127 <br> EGLET ADAMS <br> 400 South Seventh Street, Suite 400 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Plaintiffs* | */s/ Joseph R. Meservy, Esq.* <br> DAVID BARRON, ESQ. <br> Nevada Bar No. 142 <br> WILLIAM H. PRUITT, ESQ. <br> Nevada Bar No. 6783 <br> JOSEPH R. MESERVY, ESQ. <br> Nevada Bar No. 14088 <br> BARRON & PRUITT, LLP <br> 3890 West Ann Road <br> North Las Vegas, Nevada 89031 <br> *Attorneys for Defendant* <br> *Smart Industries Corporation* |

3

Wyman v. Smart Industries Corporation, et al.
Case No. 2:16-cv-02378-JCM-EJY
Stipulation and Order for Extension of Time for Plaintiffs to File Replies to Plaintiffs'
Motions for Partial Summary Judgment (First Request)

**ORDER**

Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

DATED May 1, 2020.

_____
UNITED STATES DISTRICT JUDGE