**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-EJY<br><br><br><br><br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, | Case No.: 2:16-cv-02378-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SMART TO TAKE CERTAIN DEPOSITIONS (Fifth Request)** |

1

| | |
|---|---|
| | Defendants. |
| HI-TECH SECURTY INC; and WILLIAM ROSEBERRY, | |
| | Third-Party Plaintiffs, |
| vs. | |
| NICKELS AND DIMES INCORPORATED, | |
| | Third-Party Defendants. |

On February 19, 2020, this Court issued an Order (ECF No. 199) stating that "discovery is reopened for a period of 45 days, beginning from the date of this Order, for the sole and exclusive purpose of allowing Smart Industries to depose Samir Bangalore, M.D. as a fact witness, Jerry Andrews as a fact witness, Lisa Gavin, as a fact witness, and Person Most Knowledgeable for the Clark County Coroner/Medical Examiner, and the Person(s) Most Knowledgeable for Sunrise Hospital, Affordable Cremation & Burial, and the Clark County Fire Department." ECF No. 199 at 19. On March 23, 2020, this Court issued an Order (ECF No. 237) extending that period of time by 60 days. On April 20, 2020, this Court issued an Order (ECF No. 251) extending that period of time by 30 days. On June 2, 2020, this Court issued an Order (ECF No. 261) extending that period of time by 30 days. On June 30, 2020, this Court issued and Order (ECF No. 265) extending the period of time to take the deposition of Lisa Gavin, MD through July 27, 2020.

Due to a change in the schedule of a family member's medical procedure, counsel for Smart Industries, Inc. needs to reschedule the deposition of Dr. Gavin. With this Court's approval, the parties hereby agree that the deadline for Smart Industries to depose Lisa Gavin, as a fact witness, shall be extended by an additional 35 days, or such other time as deemed appropriate by the Court. As such, the deadline provided for Smart Industries to take the deposition of Dr. Gavin shall conclude on August 31, 2020. All other deposition previously allowed by the court have been completed.

///
///
///
///

2

627.67

This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the fifth request to extend the discovery deadline for the sole purpose of allowing Smart Industries to depose Lisa Gavin, as a fact witness.

Respectfully submitted,

Dated this 24th day of July, 2020,

BARRON & PRUITT, LLP

 /s/ Joseph R. Meservy 
DAVID BARRON, ESQ.
Nevada Bar No. 142
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*Smart Industries Corporation*

Dated this 28th day of July, 2020,

EGLET ADAMS

 /s/ James Trummell 
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14127
ASHLEY E. KABINS, ESQ.
Nevada Bar No. 15057
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for the Wyman Plaintiffs*

Dated this 28th day of July, 2020,

CLIFF W. MARCEK, P.C.

 /s/ Cliff Marcek 
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
536 East St. Louis Ave.
Las Vegas, Nevada 89104
*Attorneys for Plaintiffs Sara Rodriguez*
*and Jacob Wyman*

Case No. 2:16-cv-02378-JCM-EJY
Stipulation and Order for Extension of
Time for Defendant Smart to
Take Certain Depositions
(Second Request)

**ORDER**

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

DATED this 29th day of July, 2020.

_____
UNITED STATES MAGISTRATE JUDGE