**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-EJY<br><br><br><br><br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, | Case No.: 2:16-cv-02378-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SMART TO RESPOND TO PLAINTIFFS JENNIFER WYMAN, BEAR WYMAN, AND THE ESTATE OF CHARLES WYMAN'S MOTION TO WITHDRAW ALL NEGLIGENCE BASED CLAIMS**<br><br>**AND**<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SMART INDUSTRIES CORPORATION'S TO FILE REPLY IN SUPPORT OF ITS MOTION FOR RECONSIDERATION OF THE COURT'S** |

1

627.67

|   |   |
|---|---|
| Defendants. | **JULY 22, 2202 ORDER (ECF NO. 266) REGARDING SPECIAL DAMAGES AND OPPOSITION TO PLAINTIFFS' COUNTERMOTION FOR RECONSIDERATION OF THE COURT'S JULY 22, 2020 ORDER(ECF NO. 226) REGARDING SPECIAL DAMAGES** |
| HI-TECH SECURTY INC; and WILLIAM ROSEBERRY, | |
| Third-Party Plaintiffs, | |
| vs. | |
| NICKELS AND DIMES INCORPORATED, | |
| Third-Party Defendants. | |

On August 25, 2020, Plaintiffs Jennifer Wyman, Bear Wyman, and the Estate of Charles Wyman filed their Motion to Withdraw all Negligence Based Claims (ECF No. 270). Responses to said motion are currently due Sept. 8, 2020. Counsel for the Wyman Plaintiff and Defendant Smart Industries have agreed to a one week extension of time for Defendant Smart to file said response, which would make the response due on Sept. 15, 2020.

On August 18, 2020, Defendant Smart Industries filed its Motion for Reconsideration of the Court's July 22, 2020 Order (ECF No. 200) Regarding Special Damages (ECF No. 269). On Sept. 1, 2020, Plaintiff's Jennifer Wyman, Bear Wyman and the Estate of Charles Wyman filed their Opposition to Defendant Smart's Motion for Reconsideration and their Countermotion for Reconsideration (ECF No. 271). Responses to said motions are currently due Sept. 8, 2020. Counsel for the Wyman Plaintiff and Defendant Smart Industries have agreed to a one week extension of time for Defendant Smart to file its Reply in Support of its Motion for Reconsideration and Opposition to Plaintiffs' Countermotion response, which would make those due on Sept. 15, 2020.

With this Court's approval, the parties hereby agree that the deadline for Smart Industries file to above mentioned briefs, shall be extended by one week, or such other time as deemed appropriate by the Court.  As such, the deadline for filing said briefs shall be Sept. 15, 2020.  The parties further stipulate to a one-week extension to the deadlines for the Wyman Plaintiffs to reply to the aforementioned briefs.

This Stipulation is submitted in good faith and is not interposed for purposes of delay.  This stipulation will allow defense counsel additional time to balance certain work and family demands on his time, as his child undergoes special medical care.  This is the first request to extend the deadline

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

627.67

for filing Defendant Smart Industries' Opposition Plaintiffs Jennifer Wyman, Bear Wyman, and the Estate of Charles Wyman's Motion to Withdraw all Negligence Based Claims (ECF No. 270) and for filing Defendant Smart's Reply in Support of its Motion for Reconsideration of the Court's July 22, 2020 Order (ECF No. 200) Regarding Special Damages (ECF No. 269) and Opposition to Plaintiffs' Countermotion for Reconsideration (ECF No. 271).

Respectfully submitted,

Dated this  8th  day of September, 2020,

BARRON & PRUITT, LLP

/s/ Joseph Meservy
DAVID BARRON, ESQ.
Nevada Bar No. 142
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*Smart Industries Corporation*

Dated this  8th  day of September, 2020,

EGLET ADAMS

/s/ James A. Trummel
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14127
BRITTNEY GLOVER, ESQ.
Nevada Bar No. 15412
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for the Wyman Plaintiffs*

### ORDER

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor,

IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

DATED September 10, 2020.

_____
UNITED STATES DISTRICT JUDGE

3