**SAO**
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JAMES A. TRUMMELL, ESQ.
Nevada Bar No.: 14127
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No. 15412
**EGLET ADAMS**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Email: eservice@egletlaw.com
Tel.: (702) 450-5400
Fax: (702) 450-5451
*Attorneys for Plaintiffs*
*Jennifer Wyman, Bear Wyman,*
*and the Estate of Charles Wyman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED,<br><br>    Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION d/b/a SMART INDUSTRIES CORP, MFG, an Iowa corporation,<br><br>    Defendants. | Case No. 2:16-cv-01206-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLIES TO PLAINTIFFS' MOTION TO WITHDRAW ALL NEGLIGENCE CLAIMS AND COUNTERMOTION FOR RECONSIDERATION (First Request)** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN,<br><br>    Plaintiffs, | CONSOLIDATED WITH<br>Case No. 2:16-cv-02378-JCM-CWH |

|   | |
|---|---|
| 1 | vs. |
| 2 | |
| 3 | SMART INDUSTRIES CORPORATION, d/b/a SMART INDUSTRIES CORP., MFG, an Iowa corporation, HI-TECH SECURITY INC., a Nevada corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada corporation; DOES I thought V; DOES 1 thought 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, |
| 8 | Defendants. |
| 10 | HI-TECH SECURITY, INC; and WILLIAM ROSEBERRY, |
| 12 | Third-Party Plaintiffs, |
| 13 | vs. |
| 14 | NICKELS AND DIMES INCORPORATED, |
| 15 | Third-Party Defendant. |

On August 25, 2020, Wyman Plaintiffs' filed their Motion to Withdraw All Negligence Based Claims (ECF No. 270). On September 8, 2020, Defendant Smart Industries Corporation filed a Stipulation and Order to extend its Opposition deadline until September 15, 2020 (ECF No. 274). Wyman Plaintiffs' Reply to Defendant Smart Industries Corporation's Conditional Opposition to Wyman Plaintiffs' Motion to Withdraw All Negligence Based Claims (ECF No. 278) is currently due September 22, 2020. Counsel for Defendant Smart and Wyman Plaintiffs have agreed to a one-week extension of time for Wyman Plaintiffs to file their Reply in Support of their Motion, which would make the response due on September 29, 2020.

On August 18, 2020, Defendant Smart Industries filed its Motion for Reconsideration of the Court's July 22, 2020 Order (ECF No. 200) Regarding Special Damages (ECF No. 269). On September 1, 2020, Wyman Plaintiffs filed their Opposition to Defendant Smart's Motion for

2

1  Reconsideration and their Countermotion for Reconsideration (ECF No. 271). On September 8, 2020, Defendant Smart Industries Corporation filed a Stipulation and Order to extend the deadline to its Reply in Support of its Motion for Reconsideration and Opposition to Wyman Plaintiffs' Countermotion until September 15, 2020 (ECF No. 274). Wyman Plaintiffs' Reply to Defendant Smart Industries Corporation's Opposition to Wyman Plaintiffs' Countermotion (ECF No. 277) is currently due September 22, 2020. Counsel for Defendant Smart and Wyman Plaintiffs have agreed that the Wyman Plaintiffs will file its Reply in Support of their Countermotion on September 29, 2020.

This Stipulation is submitted in good faith and is not interposed for purposes of delay. Due to unexpected delays and having not received Defendant Smart's Oppositions until September 15, 2020, with this Court's approval, the parties hereby agree that that the deadline for Wyman Plaintiffs to file the above-mentioned briefs, shall be extended by one week, or such other time as deemed appropriate by the Court. As such, the deadline for filing said briefs shall be September 29, 2020.

This is the first request to extend the deadline for filing Wyman Plaintiffs' Replies in Support of their Motion to Withdraw All Negligence Claims and Countermotion for Reconsideration.

Respectfully submitted by:

DATED this 22nd day of September, 2020.

/s/ Tracy A. Eglet, Esq. _____
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14127
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No. 15412
EGLET ADAMS
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Approved as to Form and Content by:

DATED this 22nd day of September, 2020.

/s/ Joseph R. Meservy, Esq. _____
DAVID BARRON, ESQ.
Nevada Bar No. 142
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*Smart Industries Corporation*

1 **ORDER**

2    Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY
3 ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

4

5 DATED September 23, 2020.

6

7 _____
   UNITED STATES DISTRICT JUDGE

4

| | |
|---|---|
| **From:** | Brittney Glover |
| **To:** | Kiera Buckley |
| **Subject:** | FW: Wyman - SAO Extend Reply Deadline |
| **Date:** | Tuesday, September 22, 2020 10:58:44 AM |
| **Attachments:** | image001.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | 20200922_SAOExtendDeadlines.docx |

Good morning,

Can you please get this stipulation on file ███████████████████████████████████████████

**From:** Joseph R. Meservy <jmeservy@lvnvlaw.com>
**Sent:** Tuesday, September 22, 2020 10:39 AM
**To:** Brittney Glover <bglover@egletlaw com>
**Cc:** Deborah Sagert <dsagert@lvnvlaw com>; MaryAnn Dillard <MDillard@lvnvlaw com>
**Subject:** RE: Wyman - SAO Extend Reply Deadline

Thanks for making the changes Brittney.  You may affix my e-signature.

Joseph R. Meservy, Esq.
**Barron & Pruitt, LLP**
LAWYERS

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or the law firm of Barron & Pruitt, LLP.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately by e-mail by hitting reply or telephone (702) 870-3940 and promptly destroy the original transmission and its attachments.



Brittney R. Glover, Esq.
**p:** (702) 450-5400
**w:** www.egletlaw.com
**a:** 400 South 7th Street, Suite #400 Las Vegas, NV 89101

This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the solicitor-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.