**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED, <br><br> Plaintiff, <br><br> vs. <br><br> SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation, <br><br> Defendants. | Case No.: 2:16-cv-01206-JCM-EJY <br><br><br><br><br><br> CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, | Case No.: 2:16-cv-02378-JCM-EJY <br><br> **STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SMART TO RESPOND TO PLAINTIFFS JENNIFER WYMAN, BEAR WYMAN, AND THE ESTATE OF CHARLES WYMAN'S MOTION IN LIMINE NO.5 AND MOTION IN LIMINE NO. 6** |

1

627.67

|   | Defendants. |
|---|---|

HI-TECH SECURTY INC; and WILLIAM ROSEBERRY,

    Third-Party Plaintiffs,

vs.

NICKELS AND DIMES INCORPORATED,

    Third-Party Defendants.

  On October 1, 2020, Plaintiffs' filed their Motion in Limine No. 5 to Preclude any Argument that the Subject Arcade Machine Defect did not Exist When it Left Smart Industries Corporation's Possession (ECF No. 288) and their Motion in Limine No. 6 to Exclude Argument or Reference that the Junction Box, Receptacle, and Other Component Parts Contained Therein Were Repaired and/or Replaced as Such Argument Lacks Foundation (ECF No. 289). Responses to said motions are currently due Oct. 15, 2020. Defendant Smart Industries has requested a one-week extension of time to file its responses to Plaintiff's Motions in Limine 5 and 6. Plaintiffs have agreed to Defendant Smart Industries request, which would make the responses due on Oct. 22, 2020.

  With this Court's approval, the parties hereby agree that the deadline for Defendant Smart Industries to file its responses to the Wyman Plaintiffs' Motions in Limine Nos. 5 and 6, shall be extended by one week, or such other time as deemed appropriate by the Court. As such, the deadline for filing said responses shall be Oct. 22, 2020.

  This Stipulation is submitted in good faith and is not interposed for purposes of delay. This stipulation will allow defense counsel additional time to balance certain work and family demands on his time caused by a recent move. Accordingly, should Plaintiffs need additional time to Reply to Defendant Smart Industries' responsive pleadings, Defendant will not object to a one week extension of time for Plaintiffs' to file their replies. This is the first request to extend the deadline for filing Defendant Smart Industries' Responses to Plaintiffs' Motion in Limine No. 5 to Preclude any Argument that the Subject Arcade Machine Defect did not Exist When it Left Smart Industries Corporation's Possession (ECF No. 288) and Plaintiffs' Motion in Limine No. 6 to Exclude Argument

627.67

or Reference that the Junction Box, Receptacle, and Other Component Parts Contained Therein Were Repaired and/or Replaced as Such Argument Lacks Foundation (ECF No. 289).

Dated this 15th day of October, 2020,
BARRON & PRUITT, LLP

  /s/ Joseph R. Meservy  .
DAVID BARRON, ESQ.
Nevada Bar No. 142
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*Smart Industries Corporation*

Dated this 15th day of October, 2020,
EGLET ADAMS

  /s/ James A. Trummell  _
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14127
BRITTNEY GLOVER, ESQ.
Nevada Bar No. 15412
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for the Wyman Plaintiffs*

Dated this 15th day of October, 2020,
CLIFF W. MARCEK, P.C.

  /s/ Cliff W. Marcek  
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
536 East St. Louis Ave.
Las Vegas, Nevada 89104
*Attorneys for Plaintiffs Sara Rodriguez and Jacob Wyman*

### ORDER

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor,

IT IS HEREBY ORDERED, that the stipulation to extend the deadline for filing Defendant Smart Industries' Responses to Plaintiffs' Motion in Limine No. 5 to Preclude any Argument that the Subject Arcade Machine Defect did not Exist When it Left Smart Industries Corporation's Possession (ECF No. 288) and Plaintiffs' Motion in Limine No. 6 to Exclude Argument or Reference that the Junction Box, Receptacle, and Other Component Parts Contained Therein Were Repaired and/or Replaced as Such Argument Lacks Foundation (ECF No. 289) is hereby Granted.

DATED October 16, 2020.

_____
UNITED STATES DISTRICT JUDGE