**DAVID BARRON, ESQ.**
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-EJY<br><br><br><br><br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, | Case No.: 2:16-cv-02378-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT SMART TO RESPOND TO PLAINTIFFS JENNIFER WYMAN, BEAR WYMAN, AND THE ESTATE OF CHARLES WYMAN'S MOTION IN LIMINE NO.  7** |

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

627.67

1

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

| | |
|---|---|
| | Defendants. |

HI-TECH SECURTY INC; and WILLIAM
ROSEBERRY,

                          Third-Party Plaintiffs,

vs.

NICKELS AND DIMES INCORPORATED,

                          Third-Party Defendants.

On October 6, 2020, Plaintiffs' filed their Motion in Limine No. 7 to Exclude Charles Wyman's Toxicology Report and any Argument or Reference to his Alleged Drug Use (ECF No. 294). The response to said motion is currently due Oct. 20, 2020. Defendant Smart Industries has requested a two-day extension of time to file its response to Plaintiff's Motion in Limine No. 7.  Plaintiffs have agreed to Defendant Smart Industries request, which would make the response due on Oct. 22, 2020.

With this Court's approval, the parties hereby agree that the deadline for Defendant Smart Industries to file its response to the Wyman Plaintiffs' Motion in Limine No. 7, shall be extended by two days, or such other time as deemed appropriate by the Court.  As such, the deadline for filing said response shall be Oct. 22, 2020 and coincide with the deadline for responses to the Wyman Plaintiffs' Motions in Limines Nos. 5 and 6.

This Stipulation is submitted in good faith and is not interposed for purposes of delay.  This stipulation will allow defense counsel additional time to balance certain work and family demands on his time caused by a recent move.  Accordingly, should Plaintiffs need additional time to Reply to Defendant Smart Industries' responsive pleading, Defendant will not object to a short extension of time for Plaintiffs' to file their reply. This is the first request to extend the deadline for filing

///

///

///

///

///

///

2

627.67

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

Defendant Smart Industries' Responses to Plaintiffs' Motion in Limine No. 7 to Exclude Charles

Wyman's Toxicology Report and any Argument or Reference to his Alleged Drug Use (ECF No. 294).

Dated this  20th  day of October, 2020,           Dated this  20th day of October, 2020,
BARRON & PRUITT, LLP                              EGLET ADAMS


  /s/ Joseph R. Meservy          .                  /s/ James A. Trummell           _
DAVID BARRON, ESQ.                                TRACY A. EGLET, ESQ.
Nevada Bar No. 142                                Nevada Bar No. 6419
JOSEPH R. MESERVY, ESQ.                           JAMES A. TRUMMELL, ESQ.
Nevada Bar No. 14088                              Nevada Bar No. 14127
3890 West Ann Road                                BRITTNEY GLOVER, ESQ.
North Las Vegas, Nevada 89031                     Nevada Bar No. 15412
*Attorneys for Defendant*                         400 South 7th Street, 4th Floor
*Smart Industries Corporation*                    Las Vegas, Nevada 89101
                                                  *Attorneys for the Wyman Plaintiffs*

Dated this  20th day of October, 2020,
CLIFF W. MARCEK, P.C.


  /s/ Cliff W. Marcek        ____
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
536 East St. Louis Ave.
Las Vegas, Nevada 89104
*Attorneys for Plaintiffs Sara Rodriguez
and Jacob Wyman*


## ORDER

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor,

IT IS HEREBY ORDERED, that the stipulation to extend the deadline for filing Defendant

Smart Industries' Responses to Plaintiffs' Motion in Limine No. 7 to Exclude Charles Wyman's

Toxicology Report and any Argument or Reference to his Alleged Drug Use (ECF No. 294) is hereby

Granted.

DATED October 21, 2020.


_____
UNITED STATES DISTRICT JUDGE

627.67

3