1 | **SAO**
TRACY A. EGLET, ESQ.
Nevada Bar No.: 6419
JAMES A. TRUMMELL, ESQ.
Nevada Bar No.: 14127
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No.: 15412
**EGLET ADAMS**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Email: eservice@egletlaw.com
Tel.: (702) 450-5400
Fax: (702) 450-5451
*Attorneys for Plaintiffs*
*Jennifer Wyman, Bear Wyman,*
*and the Estate of Charles Wyman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION d/b/a SMART INDUSTRIES CORP, MFG, an Iowa corporation,<br><br>Defendants. | Case No. 2:16-cv-01206-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFFS' REPLIES TO THEIR MOTIONS IN LIMINE NOS. 5, 6, AND 7 (First Request)** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs, | CONSOLIDATED WITH<br>Case No. 2:16-cv-02378-JCM-CWH |

|   |   |
|---|---|
| 1 | vs. |
| 2 |   |
| 3 | SMART INDUSTRIES CORPORATION, d/b/a SMART INDUSTRIES CORP., MFG, an Iowa corporation, HI-TECH SECURITY INC., a Nevada corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada corporation; DOES I thought V; DOES 1 thought 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, |
| 8 | Defendants. |
| 10 | HI-TECH SECURITY, INC; and WILLIAM ROSEBERRY, |
| 12 | Third-Party Plaintiffs, |
| 13 | vs. |
| 14 | NICKELS AND DIMES INCORPORATED, |
| 16 | Third-Party Defendant. |

On October 1, 2020, Wyman Plaintiffs filed their Motion in Limine No. 5 to Preclude Any Argument that the Subject Arcade Machine Defect Did Not Exist When it Left Smart Industries Corporation's Possession (ECF No. 288) and Motion in Limine No. 6 to Exclude Argument or Reference that the Junction Box, Receptable, and Other Component Parts Contained Therein Were Repaired and/or Replaced as Such Argument Lacks Foundation (ECF No. 289). On October 6, 2020, Wyman Plaintiffs filed their Motion in Limine No. 7 to Exclude Charles Wyman's Toxicology Report and Any Argument or Reference to his Alleged Drug Use (ECF No. 294). On October 15, 2020 and October 20, 2020, Defendant Smart Industries Corporation filed two separate Stipulation and Orders for an Extension of Time to file its Oppositions to Plaintiffs' Motions in Limine until October 22, 2020 (ECF Nos. 299 and 301). On October 22, 2020, Defendant Smart Industries Corporation filed its Oppositions to Plaintiffs'

2

1  Motions in Limine (ECF Nos. 303, 305, and 306). Wyman Plaintiffs' Replies to Defendant Smart
2  Industries Corporation's Oppositions to Wyman Plaintiffs' Motions in Limine are currently due
3  October 29, 2020. Wyman Plaintiffs have requested a one-week extension of time to file their
4  Replies in Support of their Motions in Limine. Defendant Smart has agreed to Wyman Plaintiffs'
5  request, which would make the replies due on November 5, 2020.

6      This Stipulation is submitted in good faith and is not interposed for purposes of delay.
7  Due to unexpected delays and having not received Defendant Smart's Oppositions until October
8  22, 2020, with this Court's approval, the parties hereby agree that that the deadline for Wyman
9  Plaintiffs to file the above-mentioned briefs, shall be extended by one week, or such other time
10 as deemed appropriate by the Court. As such, the deadline for filing said briefs shall be
11 November 5, 2020.

| Respectfully submitted by: | Approved as to Form and Content by: |
|---|---|
| DATED this 29th day of October, 2020. | DATED this 29th day of October, 2020. |
| */s/ Tracy A. Eglet, Esq.* _____ | */s/ Joseph R. Meservy, Esq.* _____ |
| TRACY A. EGLET, ESQ. | DAVID BARRON, ESQ. |
| Nevada Bar No. 6419 | Nevada Bar No. 142 |
| JAMES A. TRUMMELL, ESQ. | WILLIAM H. PRUITT, ESQ. |
| Nevada Bar No. 14127 | Nevada Bar No. 6783 |
| BRITTNEY R. GLOVER, ESQ. | JOSEPH R. MESERVY, ESQ. |
| Nevada Bar No. 15412 | Nevada Bar No. 14088 |
| EGLET ADAMS | BARRON & PRUITT, LLP |
| 400 South Seventh Street, Suite 400 | 3890 West Ann Road |
| Las Vegas, Nevada 89101 | North Las Vegas, Nevada 89031 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant Smart Industries Corporation* |

**ORDER**

Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

DATED October 30, 2020.

_____
UNITED STATES DISTRICT JUDGE

3

| | |
|---|---|
| **From:** | Joseph R. Meservy |
| **To:** | Brittney Glover |
| **Cc:** | MaryAnn Dillard; James Trummell; Kiera Buckley |
| **Subject:** | RE: Wyman, et. al. v Smart Industries - Extension to File Replies |
| **Date:** | Thursday, October 29, 2020 9:21:47 AM |
| **Attachments:** | image001.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |

You are welcome.  Thanks for the edit, you may affix my e-signature.

Sincerely,
Joseph R. Meservy, Esq.

**Barron & Pruitt, LLP**
LAWYERS

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or the law firm of Barron & Pruitt, LLP.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately by e-mail by hitting reply or telephone (702) 870-3940 and promptly destroy the original transmission and its attachments.

**From:** Brittney Glover [mailto:bglover@egletlaw.com]
**Sent:** Thursday, October 29, 2020 6:00 AM
**To:** Joseph R. Meservy <jmeservy@lvnvlaw.com>
**Cc:** MaryAnn Dillard <MDillard@lvnvlaw.com>; James Trummell <jtrummell@egletlaw.com>; Kiera Buckley <kbuckley@egletlaw.com>
**Subject:** RE: Wyman, et. al. v Smart Industries - Extension to File Replies

Joseph,

Your requested change has been made.

Thank you,
Brittney

**From:** Joseph R. Meservy <jmeservy@lvnvlaw.com>
**Sent:** Wednesday, October 28, 2020 5:49 PM
**To:** Brittney Glover <bglover@egletlaw.com>
**Cc:** MaryAnn Dillard <MDillard@lvnvlaw.com>; James Trummell <jtrummell@egletlaw.com>; Kiera Buckley <kbuckley@egletlaw.com>
**Subject:** RE: Wyman, et. al. v Smart Industries - Extension to File Replies

Hi Brittney:

[redacted]

With that change you may affix my e-signature.

Sincerely,
Joseph R. Meservy, Esq.

**Barron & Pruitt, LLP**
LAWYERS

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or the law firm of Barron & Pruitt, LLP.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately by e-mail by hitting reply or telephone (702) 870-3940 and promptly destroy the original transmission and its attachments.

**From:** Brittney Glover [mailto:bglover@egletlaw.com]
**Sent:** Wednesday, October 28, 2020 3 04 PM
**To:** Joseph R. Meservy <jmeservy@lvnvlaw.com>
**Cc:** MaryAnn Dillard <MDillard@lvnvlaw.com>; James Trummell <jtrummell@egletlaw.com>; Kiera Buckley <kbuckley@egletlaw.com>
**Subject:** Wyman, et. al. v Smart Industries - Extension to File Replies

Hi Counsel,

[redacted]

Thank you,

Brittney R. Glover, Esq.
**p:** (702) 450-5400
**w:** www.egletlaw.com



a: 400 South 7th Street, Suite #400 Las Vegas, NV 89101

This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the solicitor-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.