JOSH COLE AICKLEN
Nevada Bar No. 07254
E-Mail: Josh.Aicklen@lewisbrisbois.com
PAUL A. SHPIRT
Nevada Bar No. 10441
E-Mail: Paul.Shpirt@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant Boulevard Ventures, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN,<br><br>    Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG.; HI-TECH SECURITY INC.; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC; SANSONE COMPANIES, LLC; DOES I through V; and BUSINESS ENTITIES I through V, inclusive,<br><br>    Defendants. | CASE NO.: 2:16-cv-01206-JCM-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

COME NOW, Plaintiffs JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; and JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN, by and through their counsel of record, Robert M. Adams, Esq. and Thomas N. Beckom, Esq. of the law firm EGLET ADAMS, and Defendant BOULEVARD VENTURES, LLC, by

4830-1594-4896.1

1. and through its counsel of record, Josh Cole Aicklen, Esq. and Paul A. Shpirt, Esq. of
2. LEWIS BRISBOIS BISGAARD & SMITH LLP, and do hereby stipulate that the above-
3. titled action shall be dismissed with prejudice as to Defendant BOULEVARD
4. VENTURES, LLC only, each of the parties to bear their own attorneys' fees and costs.

    IT IS FURTHER STIPULATED AND AGREED that all pending pleadings, pending trial of this matter, and any and all hearings as to Defendant BOULEVARD VENTURES, LLC shall be vacated.

DATED this 7th day of January, 2021.

EGLET ADAMS

/s/Robert M. Adams
Robert M. Adams, Esq.
Thomas N. Beckom, Esq.
400 South 7th Street, Box 1, Suite 400
Las Vegas, NV 89101
*Attorneys for Plaintiffs Jennifer Wyman, Bear Wyman, and the Estate of Charles Wyman*

Dated this 7th day of January, 2021.

LEWIS BRISBOIS BISGAARD & SMITH LLP

Josh Cole Aicklen, Esq.
Paul A. Shpirt, Esq.
6385 S. Rainbow Blvd., Suite 600
Las Vegas, NV 89118
*Attorneys for Defendant Boulevard Ventures, LLC*

ORDER

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-entitled action as to Defendant BOULEVARD VENTURES, LLC only, shall be dismissed with prejudice, each of the parties to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.** January 13, 2021.

_____
U.S. District Court Judge

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

_____
JOSH COLE AICKLEN
Nevada Bar No. 07254
PAUL A. SHPIRT
Nevada Bar No. 10441
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
*Attorneys for Defendant Boulevard Ventures, LLC*

## Abrante, Tina

| | |
|---|---|
| **From:** | Scott Powell <SPowell@egletlaw.com> |
| **Sent:** | Wednesday, January 6, 2021 3:47 PM |
| **To:** | Abrante, Tina; Lanahan, Jennifer; Shpirt, Paul |
| **Cc:** | Bob Adams |
| **Subject:** | [EXT] RE: Wesco/Wyman v. Smart Industries, et al. (2:16-cv-01206-JCM-EJY) - Settlement Documents / LBBS 50012-4935 |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello again,

Robert Adams has authorized Paul Shpirt to use his e-signature to file the Stipulation and Order to Dismiss once we have the checks. Please let me know a time frame that we can send a runner to pick up the checks tomorrow if this is acceptable to Mr. Shpirt.

Thank you,
Scott Powell, Legal Assistant

**From:** Abrante, Tina <Tina.Abrante@lewisbrisbois.com>
**Sent:** Wednesday, January 6, 2021 3:10 PM
**To:** Scott Powell <SPowell@egletlaw.com>; Lanahan, Jennifer <Jennifer.Lanahan@lewisbrisbois.com>; Shpirt, Paul <Paul.Shpirt@lewisbrisbois.com>
**Cc:** Bob Adams <badams@egletlaw.com>
**Subject:** RE: Wesco/Wyman v. Smart Industries, et al. (2:16-cv-01206-JCM-EJY) - Settlement Documents / LBBS 50012-4935

Yes, that is correct. Thank you for reminding me. Let me know if you will be sending someone or if you want me to mail the checks. Thank you.

*Tina M. Abrante*
**Legal Assistant to**
**Paul A. Shpirt, Mark J. Brown and Jennifer R. Lanahan**
Tina.Abrante@lewisbrisbois.com

**From:** Scott Powell <SPowell@egletlaw.com>
**Sent:** Wednesday, January 6, 2021 1:25 PM
**To:** Abrante, Tina <Tina.Abrante@lewisbrisbois.com>; Lanahan, Jennifer <Jennifer.Lanahan@lewisbrisbois.com>; Shpirt, Paul <Paul.Shpirt@lewisbrisbois.com>
**Cc:** Bob Adams <badams@egletlaw.com>
**Subject:** [EXT] RE: Wesco/Wyman v. Smart Industries, et al. (2:16-cv-01206-JCM-EJY) - Settlement Documents / LBBS 50012-4935

I believe that you already have the signed releases, and all you need is the SAO for Dismissal, is that correct?