| | |
|---|---|
| 1 | **SAO** |
| | TRACY A. EGLET, ESQ. |
| 2 | Nevada Bar No. 6419 |
| | JAMES A. TRUMMELL, ESQ. |
| 3 | Nevada Bar No.: 14127 |
| 4 | BRITTNEY R. GLOVER, ESQ. |
| | Nevada Bar No. 15412 |
| 5 | **EGLET ADAMS** |
| | 400 South 7th Street, 4th Floor |
| 6 | Las Vegas, Nevada 89101 |
| | Email: eservice@egletlaw.com |
| 7 | Tel.: (702) 450-5400 |
| | Fax: (702) 450-5451 |
| 8 | *Attorneys for Plaintiffs* |
| 9 | *Jennifer Wyman, Bear Wyman,* |
| | *and the Estate of Charles Wyman* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED, <br><br> Plaintiff, <br><br> vs. <br><br> SMART INDUSTRIES CORPORATION d/b/a SMART INDUSTRIES CORP, MFG, an Iowa corporation, <br><br> Defendants. | Case No. 2:16-cv-01206-JCM-EJY <br><br><br> **STIPULATION AND ORDER TO SUBSTITUTE KATHRYN D. HARDESTY IN PLACE OF VIVIAN SOOF AS JOINT SPECIAL ADMINISTRATOR OF THE ESTATE OF CHARLES WYMAN** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN, <br><br> Plaintiffs, | CONSOLIDATED WITH <br> Case No. 2:16-cv-02378-JCM-CWH |

1 vs.

2

3 SMART INDUSTRIES CORPORATION, d/b/a SMART INDUSTRIES CORP., MFG, an Iowa
4 corporation, HI-TECH SECURITY INC., a Nevada corporation; WILLIAM ROSEBERRY;
5 BOULEVARD VENTURES, LLC, a Nevada corporation; DOES I thought V; DOES 1 thought
6 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive,
7

8    Defendants.

9

10 HI-TECH SECURITY, INC; and WILLIAM ROSEBERRY,

11

12    Third-Party Plaintiffs,

13 vs.

14 NICKELS AND DIMES INCORPORATED,

15

    Third-Party Defendant.

16

17    IT IS HEREBY STIPULATED by and between Plaintiffs JENNIFER WYMAN, BEAR

18 WYMAN, and the ESTATE OF CHARLES WYMAN, by and through his counsel of record,

19 EGLET ADAMS; Plaintiffs SARA RODRIGUEZ and JACOB WYMAN, by and through their

20 counsel of record, CLIFF W. MARCEK, P.C.; Plaintiff WESCO INSURANCE COMPANY, by

21 and through its counsel of record, DUBOWSKY LAW OFFICE, CHTD.; and Defendant

22 SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES, CORP., by and through

23 its counsel of record, BARRON & PRUITT, LLP, that KATHRYN D. HARDESTY will

24 . . .

25 . . .

26 . . .

27 . . .

28

2

substitute in place of VIVIAN SOOF as Joint Special Administrator of the ESTATE OF CHARLES WYMAN.

| Respectfully submitted by: | Approved as to Form and Content by: |
|---|---|
| DATED this 29th day of March, 2021. | DATED this 29th day of March, 2021. |

*/s/ Brittney R. Glover, Esq.*  
TRACY A. EGLET, ESQ.  
Nevada Bar No. 6419  
JAMES A. TRUMMELL, ESQ.  
Nevada Bar No. 14127  
BRITTNEY R. GLOVER, ESQ.  
Nevada Bar No. 15412  
EGLET ADAMS  
400 South Seventh Street, Suite 400  
Las Vegas, Nevada 89101  
*Attorneys for Plaintiffs*

*/s/ Joseph R. Meservy, Esq.*  
DAVID BARRON, ESQ.  
Nevada Bar No. 142  
WILLIAM H. PRUITT, ESQ.  
Nevada Bar No. 6783  
JOSEPH R. MESERVY, ESQ.  
Nevada Bar No. 14088  
BARRON & PRUITT, LLP  
3890 West Ann Road  
North Las Vegas, Nevada 89031  
*Attorneys for Defendant*  
*Smart Industries Corporation*

Approved as to Form and Content by:

DATED this 29th day of March, 2021.

*/s/ Cliff W. Marcek, Esq.*  
CLIFF W. MARCEK, ESQ.  
Nevada Bar No. 5061  
536 East St. Louis Ave.  
Las Vegas, Nevada 89104  
*Attorneys for Plaintiffs Sara Rodriguez and Jacob Wyman*

Approved as to Form and Content by:

DATED this 29th day of March, 2021.

*/s/ Peter Dubowsky, Esq.*  
PETER DUBOSWKY, ESQ.  
Nevada Bar No. 4972  
DUBOWSKY LAW OFFICE, CHTD.  
300 South Fourth Street, Suite 1020  
Las Vegas, Nevada 89101  
*Attorneys for Wesco Ins. Co.*

**ORDER**

Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that KATHRYN D. HARDESTY will substitute in place of VIVIAN SOOF as Joint Special Administrator of the ESTATE OF CHARLES WYMAN.

DATED this 30th day of March, 2021.

_____  
UNITED STATES MAGISTRATE JUDGE

3