TRACY A. EGLET, ESQ.
Nevada Bar No.: 6419
JAMES A. TRUMMELL, ESQ.
Nevada Bar No.: 14127
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No.: 15412
**EGLET ADAMS**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Email: eservice@egletlaw.com
Tel.: (702) 450-5400
Fax: (702) 450-5451
*Attorneys for Plaintiffs*
*Jennifer Wyman, Bear Wyman,*
*and the Estate of Charles Wyman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION d/b/a SMART INDUSTRIES CORP, MFG, an Iowa corporation,<br><br>Defendants. | Case No. 2:16-cv-01206-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT SMART INDUSTRIES CORPORATION'S MOTION TO STRIKE TERRENCE CLAURETIE AS AN EXPERT WITNESS** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and KATHRYN D. HARDESTY, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs, | CONSOLIDATED WITH<br>Case No. 2:16-cv-02378-JCM-CWH |

| | |
|---|---|
| 1 | vs. |
| 2 | |
| 3 | SMART INDUSTRIES CORPORATION, d/b/a SMART INDUSTRIES CORP., MFG, an Iowa corporation, HI-TECH SECURITY INC., a Nevada corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada corporation; DOES I thought V; DOES 1 thought 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, |
| 8 | Defendants. |
| 10 | HI-TECH SECURITY, INC; and WILLIAM ROSEBERRY, |
| 12 | Third-Party Plaintiffs, |
| 13 | vs. |
| 14 | NICKELS AND DIMES INCORPORATED, |
| 15 | Third-Party Defendant. |

On April 19, 2021, Defendant Smart Industries Corporation filed its Motion to Strike Terrence Clauretie as an Expert Witness (ECF No. 331). Response to said motion is currently due May 3, 2021. Wyman Plaintiffs have requested a two-week extension of time to file their response to Defendant Smart Industries Corporation's Motion to Strike Terrence Clauretie as an Expert Witness. Defendant Smart Industries Corporation's has agreed to Wyman Plaintiffs' request, which would make their response due on May 17, 2021.

. . .

. . .

. . .

. . .

. . .

2

1  This Stipulation is submitted in good faith and is not interposed for purposes of delay.
2 This is the first request to extend the deadline for filing Plaintiffs' response to Defendant Smart
3 Industries Corporation's Motion and due to unexpected delays, with this Court's approval, the
4 parties hereby agree that that the deadline for Wyman Plaintiffs to file the above-mentioned brief
5 shall be extended by two weeks, or such other time as deemed appropriate by the Court. As such,
6 the deadline for filing said brief shall be May 17, 2021.

| Respectfully submitted by: | Approved as to Form and Content by: |
|---|---|
| DATED this 27th day of April, 2021. | DATED this 27th day of April, 2021. |
| /s/ Brittney R. Glover, Esq.<br>TRACY A. EGLET, ESQ.<br>Nevada Bar No. 6419<br>JAMES A. TRUMMELL, ESQ.<br>Nevada Bar No. 14127<br>BRITTNEY R. GLOVER, ESQ.<br>Nevada Bar No. 15412<br>EGLET ADAMS<br>400 South Seventh Street, Suite 400<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs* | /s/ Joseph R. Meservy, Esq.<br>DAVID BARRON, ESQ.<br>Nevada Bar No. 142<br>WILLIAM H. PRUITT, ESQ.<br>Nevada Bar No. 6783<br>JOSEPH R. MESERVY, ESQ.<br>Nevada Bar No. 14088<br>BARRON & PRUITT, LLP<br>3890 West Ann Road<br>North Las Vegas, Nevada 89031<br>*Attorneys for Defendant*<br>*Smart Industries Corporation* |

### ORDER

Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

DATED this 27th day of April, 2021.

_____
UNITED STATES MAGISTRATE JUDGE