UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| WESCO INSURANCE COMPANY,<br><br>                              Plaintiff(s),<br><br>   v.<br><br>SMART INDUSTRIES CORPORATION,<br><br>                              Defendant(s). | Case No. 2:16-CV-1206 JCM (EJY)<br><br>ORDER |

Presently before the court are four (4) motions in limine (ECF Nos. 288, 289, 294, and 322). Because no trial date is set, the court denies all four (4) motions with leave to re-file when a trial date has been set.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the four pending motions in limine (ECF Nos. 288, 289, 294, and 322) be, and the same hereby are, DENIED, without prejudice.

DATED September 16, 2021.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**