Cliff W. Marcek, Esq.
Nevada Bar No. 5061
CLIFF W. MARCEK, P.C.
411 E. Bonneville Ave
Las Vegas, NV 89101
Telephone : (702) 366-7076
Facsimile : (702) 366-7078
Email      : cwmarcek@marceklaw.com

Attorney for Plaintiffs
SARA RODRIGUEZ, parent and guardian
of JACOB WYMAN

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED,<br><br>                    Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION, dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>                    Defendants. | CASE NO. 2:16-cv-01206-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A JOINT PRETRIAL ORDER** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN,<br><br>                    Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES I through V; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>                    Defendants. | CONSOLIDATED WITH CASE NO. 2:16-cv-02378-JCM-CWH |

| | |
|---|---|
| HI-TECH SECURITY INC; and WILLIAM ROSEBERRY, | |
| Third-Party Plaintiffs, | |
| vs. | |
| NICKELS AND DIMES INCORPORATED, | |
| Third-Party Defendant. | |

COMES NOW, Plaintiffs, SARA RODRIGUEZ parent and guardian of JACOB WYMAN, by and through their counsel of record, Cliff W. Marcek, Esq and Thomas Schwartz, Esq.; Jennifer Wyman, Bear Wyman and the Estate of Charles Wyman by and through their attorney of record, Tracy A. Eglet, Esq. of EGLET ADAMS LAW OFFICE; Smart Industries Corporation, by and through its attorney of record William Pruit, Esq of BARRON AND PRUITT; Wesco Insurance Company by and through its attorney Peter Duboswky, Esq. and hereby agree and stipulate to extend the time to file the Joint Pretrial Order.

On September 16, 2021, the Honorable Judge James C. Mahan filed a Minute Order stating the parties were to submit a Joint Pretrial Order in compliance with Local Rule 16-4 within 30 days. The Joint Pretrial Order is due October 18, 2021.

The parties have conducted extensive discovery and there are many documents to review. In addition, there have been numerous depositions, written discovery and each side has disclosed expert witnesses. Due to the amount of potential evidence, the parties need more time to prepare and file the Joint Pretrial Order.

The parties are circulating drafts for the joint pretrial order, but it is unlikely will be completed by Monday, October 18, 2021.

The parties above request that the court approve of this stipulation and order giving the parties an additional two weeks to submit the Joint Pretrial Order.

DATED this 15 day of October, 2021.

/s/Cliff W. Marcek
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
**CLIFF W. MARCEK, P.C.**
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
*SARA RODRIQUEZ, parent and guardian*
*Of JACOB WYMAN*

DATED this 15 day of October, 2021.

/s/William Pruit
WILLIAM PRUIT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*SMART INDUSTRIES CORPORATION*

DATED this 15_ day of October, 2021.

/s/Tracy A. Eglet
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No. 15412
**EGLET ADAMS**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
*JENNIFER WYMAN, BEAR WYMAN; and*
*ESTATE OF CHARLES WYMAN*

DATED this 15 day of October, 2021.

/s/Peter Duboswky
PETER DUBOSWKY, ESQ.
Nevada Bar No. 4972
AMANDA VOGLER-HEATON, ESQ.
Nevada Bar No. 13609
**DUBOWSKY LAW OFFICE, CHTD**
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
*Attorneys for WESCO INSURANCE CO.*

**IT IS SO ORDERED** October 15, 2021.

_____
UNITED STATES DISTRICT JUDGE
JAMES C. MAHAN

# Cliff Marcek

**From:** Peter Dubowsky <peter@dubowskylaw.com>
**Sent:** Friday, October 15, 2021 10:24 AM
**To:** Cliff Marcek; Brittney Glover; MaryAnn Dillard; dcoil@ggrmlawfirm.com; Joseph Meservy
**Cc:** Kiera Buckley
**Subject:** RE: Stipulation

You have my authorization.

Peter Dubowsky, Esq.
**DUBOWSKY LAW OFFICE, CHTD.**
300 South Fourth Street
10th Floor- Suite 1020
Las Vegas, NV 89101
Ph. (702) 360.3500
Fx. (702) 360.3515
www.dubowskylaw.com



**From:** Cliff Marcek
**Sent:** Friday, October 15, 2021 10:20 AM
**To:** Brittney Glover; MaryAnn Dillard; dcoil@ggrmlawfirm.com; Joseph Meservy; peter@dubowskylaw.com
**Cc:** Kiera Buckley
**Subject:** RE:Stipulation

Brittney, MaryAnn, Joseph and Peter:

Attached is the proposed stipulation and order to extend the deadline for the Joint Pretrial Order.   Please review and sign or if the court will allow electronic signatures, give me permission to submit it.
I sent it in MSWord, but don't change the document.  If you have any changes let me know and I will make them.

We should file this today so get back to me asap.  Thanks.

CLIFF W. MARCEK, P.C.
411 E. Bonneville, Suite 390
Las Vegas, NV 89101
Telephone:  (702) 366-7076
Facsimile:  (702) 366-7078
Email:       cwmarcek@marceklaw.com (Firm)
*Board Certified Personal Injury Law Specialist*
American Association of Justice

1

# Cliff Marcek

| | |
|---|---|
| **From:** | MaryAnn Dillard <MDillard@lvnvlaw.com> |
| **Sent:** | Friday, October 15, 2021 10:58 AM |
| **To:** | 'Brittney Glover'; Cliff Marcek; 'dcoil@ggrmlawfirm.com'; Joseph Meservy; peter@dubowskylaw.com |
| **Cc:** | Kiera Buckley |
| **Subject:** | RE: Stipulation |

Please take David Barron off the signature block for our office and replace his name with William H. Pruitt, Bar # 6783. After that change is made, Mr. Pruitt gives permission to use his e-signature on the stipulation. Thanks,

**MaryAnn Dillard|Paralegal**
barronpruitt.com|mdillard@lvnvlaw.com
p 702.870.3940|f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

**Barron & Pruitt, LLP**
L A W Y E R S

**From:** Brittney Glover [mailto:bglover@egletlaw.com]
**Sent:** Friday, October 15, 2021 10:46 AM
**To:** Cliff Marcek <cwmarcek@marceklaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; 'dcoil@ggrmlawfirm.com' <dcoil@ggrmlawfirm.com>; Joseph Meservy <JMeservy@lvnvlaw.com>; peter@dubowskylaw.com
**Cc:** Kiera Buckley <kbuckley@egletlaw.com>
**Subject:** RE: Stipulation

You have my permission to e-sign. Thanks.

Brittney Glover

**From:** Cliff Marcek <cwmarcek@marceklaw.com>
**Sent:** Friday, October 15, 2021 10:20 AM
**To:** Brittney Glover <bglover@egletlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; 'dcoil@ggrmlawfirm.com' <dcoil@ggrmlawfirm.com>; Joseph Meservy <JMeservy@lvnvlaw.com>; peter@dubowskylaw.com
**Cc:** Kiera Buckley <kbuckley@egletlaw.com>
**Subject:** RE:Stipulation

Brittney, MaryAnn, Joseph and Peter:

Attached is the proposed stipulation and order to extend the deadline for the Joint Pretrial Order. Please review and sign or if the court will allow electronic signatures, give me permission to submit it.
I sent it in MSWord, but don't change the document. If you have any changes let me know and I will make them.

We should file this today so get back to me asap. Thanks.

CLIFF W. MARCEK, P.C.
411 E. Bonneville, Suite 390
Las Vegas, NV 89101
Telephone: (702) 366-7076

1