WILLIAM H. PRUITT, ESQ
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: BPruitt@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*\*

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-EJY<br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL<br><br>Case No.: 2:16-cv-02378-JCM-EJY |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE A JOINT PRETRIAL ORDER**<br>**(Second Request)** |

1

627.67

|   |   |
|---|---|
| 1 | Defendants. |
| 2 | HI-TECH SECURTY INC; and WILLIAM ROSEBERRY, |
| 3 | Third-Party Plaintiffs, |
| 4 | vs. |
| 5 | NICKELS AND DIMES INCORPORATED, |
| 6 | Third-Party Defendants. |

COMES NOW, Plaintiffs, SARA RODRIGUEZ parent and guardian of JACOB WYMAN, by and through their counsel of record, Cliff W. Marcek, Esq and Thomas Schwartz, Esq.; Jennifer Wyman, Bear Wyman and the Estate of Charles Wyman by and through their attorney of record, Tracy A. Eglet, Esq. of EGLET ADAMS LAW OFFICE; Smart Industries Corporation, by and through its attorney of record William H. Pruitt, Esq. and Joseph R. Meservy, Esq. of BARRON AND PRUITT; and Wesco Insurance Company by and through its attorney Peter Duboswky, Esq. and hereby agree and stipulate to extend the time to file the Joint Pretrial Order.

On September 16, 2021, the Honorable Judge James C. Mahan filed a Minute Order stating the parties were to submit a Joint Pretrial Order in compliance with Local Rule 16-4 within 30 days. The Joint Pretrial Order was due October 18, 2021. The parties were granted an extension until November 1, 2021 and have now agreed to extend the deadline another week to November 8, 2021.

The parties have conducted extensive discovery and there are many documents to review. In addition, there have been numerous depositions, written discovery and each side has disclosed expert witnesses. Due to the amount of potential evidence, the parties need more time to prepare and file the Joint Pretrial Order.

627.67

The parties are circulating drafts for the joint pretrial order and have made progress since the last extension was granted, but it is unlikely the Joint Pretrial Order will be completed by Monday, November 1, 2021.

The parties above request that the court approve of this stipulation and order giving the parties an additional week to submit the Joint Pretrial Order.

DATED this 29th day of October, 2021.   DATED this 29th day of October, 2021.

/s/ Cliff W. Marcek
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
**CLIFF W. MARCEK, P.C.**
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
*SARA RODRIQUEZ, parent and guardian*
*Of JACOB WYMAN*

/s/  Joseph R. Meservy
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*SMART INDUSTRIES CORPORATION*

DATED this 29th day of October, 2021.   DATED this 29th day of October, 2021.

/s/  Brittney R. Glover
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No. 15412
**EGLET ADAMS**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
*JENNIFER WYMAN, BEAR WYMAN;*
*and*
*ESTATE OF CHARLES WYMAN*

/s/  Peter Dubowsky
PETER DUBOSWKY, ESQ.
Nevada Bar No. 4972
AMANDA VOGLER-HEATON, ESQ.
Nevada Bar No. 13609
**DUBOWSKY LAW OFFICE, CHTD**
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
*Attorneys for WESCO INSURANCE CO.*

**IT IS SO ORDERED** November 2, 2021.

_____
UNITED STATES DISTRICT JUDGE
JAMES C. MAHAN

3

**Deb Sagert**

| | |
|---|---|
| **From:** | Brittney Glover <bglover@egletlaw.com> |
| **Sent:** | Friday, October 29, 2021 1:35 PM |
| **To:** | Deb Sagert; cwmarcek@marceklaw.com; Tracy Eglet; peter@dubowskylaw.com |
| **Cc:** | Joseph Meservy |
| **Subject:** | RE: Wesco v. Smart, et al |

You have my permission to apply my e-signature.

Thank you,
Brittney

**From:** Deb Sagert <DSagert@lvnvlaw.com>
**Sent:** Friday, October 29, 2021 1:21 PM
**To:** cwmarcek@marceklaw.com; Brittney Glover <bglover@egletlaw.com>; Tracy Eglet <TEglet@egletlaw.com>; peter@dubowskylaw.com
**Cc:** Joseph Meservy <JMeservy@lvnvlaw.com>
**Subject:** Wesco v. Smart, et al

Good afternoon.  Please see the attached SAO to extend deadline for filing of the Joint Pre-Trial Order.  Let me know if you have any changes and also if it is acceptable for us to apply your e-signature.  Thank you.

**Deborah Sagert | Paralegal**
barronpruitt.com | dsagert@lvnvlaw.com
p 702.870.3940 | f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

**Barron & Pruitt, LLP**
LAWYERS

1

**Deb Sagert**

| | |
|---|---|
| **From:** | Peter Dubowsky <peter@dubowskylaw.com> |
| **Sent:** | Friday, October 29, 2021 1:43 PM |
| **To:** | Deb Sagert; cwmarcek@marceklaw.com; bglover@egletlaw.com; teglet@egletlaw.com |
| **Cc:** | Joseph Meservy |
| **Subject:** | RE: Wesco v. Smart, et al |

You may affix me e-signature.


Peter Dubowsky, Esq.
**DUBOWSKY LAW OFFICE, CHTD.**
300 South Fourth Street
10th Floor- Suite 1020
Las Vegas, NV 89101
Ph. (702) 360.3500
Fx. (702) 360.3515
www.dubowskylaw.com



**From:** Deb Sagert
**Sent:** Friday, October 29, 2021 1:21 PM
**To:** cwmarcek@marceklaw.com; bglover@egletlaw.com; teglet@egletlaw.com; peter@dubowskylaw.com
**Cc:** Joseph Meservy
**Subject:** Wesco v. Smart, et al

Good afternoon. Please see the attached SAO to extend deadline for filing of the Joint Pre-Trial Order. Let me know if you have any changes and also if it is acceptable for us to apply your e-signature. Thank you.

**Deborah Sagert | Paralegal**
barronpruitt.com | dsagert@lvnvlaw.com
p 702.870.3940 | f 702.870.3950
3890 West Ann Road
North Las Vegas NV 89031

1

## Deb Sagert

**From:** Joseph Meservy
**Sent:** Friday, October 29, 2021 3:50 PM
**To:** Deb Sagert
**Subject:** FW: Wyman v. Smart Industries et al, JOINT PRETRIAL MEMO

Joseph R. Meservy, Esq.
**Barron & Pruitt, LLP**
LAWYERS

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or the law firm of Barron & Pruitt, LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail by hitting reply or telephone (702) 870-3940 and promptly destroy the original transmission and its attachments.

**From:** Joseph Meservy
**Sent:** Friday, October 29, 2021 11:18 AM
**To:** 'Brittney Glover' <bglover@egletlaw.com>; Cliff Marcek <cwmarcek@marceklaw.com>
**Cc:** MaryAnn Dillard <MDillard@lvnvlaw.com>; dcoil@ggrmlawfirm.com; peter@dubowskylaw.com; Kiera Buckley <kbuckley@egletlaw.com>; tschwartz@holloranlaw.com
**Subject:** RE: Wyman v. Smart Industries et al, JOINT PRETRIAL MEMO

Thanks, we will circulate a stipulation today to extend the date to submit the Joint Pretrial Memo.

Sincerely,
Joseph R. Meservy, Esq.
**Barron & Pruitt, LLP**
LAWYERS

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or the law firm of Barron & Pruitt, LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail by hitting reply or telephone (702) 870-3940 and promptly destroy the original transmission and its attachments.

**From:** Brittney Glover [mailto:bglover@egletlaw.com]
**Sent:** Friday, October 29, 2021 11:00 AM
**To:** Cliff Marcek <cwmarcek@marceklaw.com>; Joseph Meservy <JMeservy@lvnvlaw.com>
**Cc:** MaryAnn Dillard <MDillard@lvnvlaw.com>; dcoil@ggrmlawfirm.com; peter@dubowskylaw.com; Kiera Buckley <kbuckley@egletlaw.com>; tschwartz@holloranlaw.com
**Subject:** RE: Wyman v. Smart Industries et al, JOINT PRETRIAL MEMO

I do not have an objection.

**From:** Cliff Marcek <cwmarcek@marceklaw.com>
**Sent:** Friday, October 29, 2021 10:59 AM
**To:** Joseph Meservy <JMeservy@lvnvlaw.com>
**Cc:** Brittney Glover <bglover@egletlaw.com>; MaryAnn Dillard <MDillard@lvnvlaw.com>; dcoil@ggrmlawfirm.com;

1

peter@dubowskylaw.com; Kiera Buckley <kbuckley@egletlaw.com>; tschwartz@holloranlaw.com
**Subject:** Re: Wyman v. Smart Industries et al, JOINT PRETRIAL MEMO

I am not in the office today. If there is an agreement to extend the date to submit the JPO, I will agree.

Cliff W. Marcek
411 E. Bonneville Ave, Suite 390
Las Vegas, NV 89101
Telephone: (702) 366-7076
Facsimile: (702) 366-7078