**WILLIAM H. PRUITT, ESQ**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
Email: BPruitt@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-EJY<br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL<br><br>Case No.: 2:16-cv-02378-JCM-EJY |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE A JOINT PRETRIAL ORDER**<br>**(Fourth Request)** |

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

1

627.67

|   |   |
|---|---|
|   | Defendants. |

HI-TECH SECURTY INC; and WILLIAM ROSEBERRY,

                Third-Party Plaintiffs,

vs.

NICKELS AND DIMES INCORPORATED,

                Third-Party Defendants.

      COMES NOW, Plaintiffs, SARA RODRIGUEZ parent and guardian of JACOB WYMAN, by and through their counsel of record, Cliff W. Marcek, Esq and Thomas Schwartz, Esq.; Jennifer Wyman, Bear Wyman and the Estate of Charles Wyman by and through their attorney of record, Tracy A. Eglet, Esq. of EGLET ADAMS LAW OFFICE; Smart Industries Corporation, by and through its attorney of record William H. Pruitt, Esq. and Joseph R. Meservy, Esq. of BARRON & PRUITT; and Wesco Insurance Company by and through its attorney Peter Duboswky, Esq. of DUBOWSKY LAW OFFICE and hereby agree and stipulate to extend the time to file the Joint Pretrial Order.

      On September 16, 2021, the Honorable Judge James C. Mahan filed a Minute Order stating the parties were to submit a Joint Pretrial Order in compliance with Local Rule 16-4 within 30 days. The Joint Pretrial Order was due October 18, 2021. The parties were granted three extensions until November 12, 2021, and have agreed to further extend the deadline until November 30, 2021.

      The parties have conducted extensive discovery and there are many documents to review. In addition, there have been numerous depositions, written discovery and each side has disclosed expert witnesses. Due to the amount of potential evidence, the parties need another short extension to prepare and file the Joint Pretrial Order.

      The parties are circulating drafts for the joint pretrial order and have made additional progress since the last extension was granted, but it is unlikely the Joint Pretrial Order will be completed by Friday, November 12, 2021. Counsel for Smart has tested positive for Covid-19. In light of this diagnosis he is to quarantine for 10 days. Additionally, the Thanksgiving holiday is upon us and the parties have agreed to extend the deadline to November 30, 2021.

The parties above request that the court approve of this stipulation and order giving the parties an additional time up to November 30, 2021 to submit the Joint Pretrial Order.

DATED this 12th day of November, 2021.   DATED this 12th day of November, 2021.

*/s/ Cliff W. Marcek*
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
**CLIFF W. MARCEK, P.C.**
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
SARA RODRIQUEZ, parent and guardian
Of JACOB WYMAN

*/s/   Joseph R. Meservy*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
SMART INDUSTRIES CORPORATION

DATED this 12th day of November, 2021.   DATED this 12th day of November, 2021.

*/s/   Brittney R. Glover*
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No. 15412
**EGLET ADAMS**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
JENNIFER WYMAN, BEAR WYMAN;
and
ESTATE OF CHARLES WYMAN

*/s/  Peter Dubowsky*
PETER DUBOSWKY, ESQ.
Nevada Bar No. 4972
AMANDA VOGLER-HEATON, ESQ.
Nevada Bar No. 13609
**DUBOWSKY LAW OFFICE, CHTD**
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
*Attorneys for WESCO INSURANCE CO.*

**IT IS SO ORDERED** November 15, 2021.

_____
UNITED STATES DISTRICT JUDGE
JAMES C. MAHAN

3