TRACY A. EGLET, ESQ.
Nevada Bar No.: 6419
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No.: 15412
**EGLET ADAMS**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Email: eservice@egletlaw.com
Tel.: (702) 450-5400
Fax: (702) 450-5451
*Attorneys for Plaintiffs*
*Jennifer Wyman, Bear Wyman,*
*and the Estate of Charles Wyman*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION d/b/a SMART INDUSTRIES CORP, MFG, an Iowa corporation,<br><br>Defendants. | Case No. 2:16-cv-01206-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE A JOINT PRETRIAL ORDER**<br>**(Fifth Request)** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and KATHRYN D. HARDESTY, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs. | CONSOLIDATED WITH<br>Case No. 2:16-cv-02378-JCM-CWH |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | SMART INDUSTRIES CORPORATION, d/b/a SMART INDUSTRIES CORP., MFG, an Iowa corporation, HI-TECH SECURITY INC., a Nevada corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada corporation; DOES I thought V; DOES 1 thought 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendants. |
| 8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | HI-TECH SECURITY, INC; and WILLIAM ROSEBERRY,<br><br>Third-Party Plaintiffs,<br><br>vs.<br><br>NICKELS AND DIMES INCORPORATED,<br><br>Third-Party Defendant. |

COMES NOW, Plaintiffs, JENNIFER WYMAN, BEAR WYMAN and THE ESTATE OF CHARLES WYMAN, by and through their attorneys of record, Tracy A. Eglet, Esq. and Brittney R. Glover, Esq. of EGLET ADAMS; Plaintiffs, SARA RODRIGUEZ parent and guardian of JACOB WYMAN, by and through their counsel of record, Cliff W. Marcek, Esq. and Thomas Schwartz, Esq.; SMART INDUSTRIES CORPORATION, by and through its attorney of record, William H. Pruitt, Esq. and Joseph R. Meservy, Esq. of BARRON & PRUITT; and WESCO INSURANCE COMPANY, by and through its attorney of record, Peter Duboswky, Esq. of DUBOWSKY LAW OFFICE, and hereby agree and stipulate to extend the time to file the Joint Pretrial Order.

On September 16, 2021, the Honorable Judge James C. Mahan filed a Minute Order stating the parties were to submit a Joint Pretrial Order in compliance with Local Rule 16-4 within 30 days. The Joint Pretrial Order was due October 18, 2021. The parties were granted

four extensions until November 30, 2021, and have agreed to further extend the deadline until December 21, 2021 with this Court's permission.

The parties have conducted extensive discovery and there are many documents to review. In addition, there have been numerous depositions, written discovery and each side has disclosed expert witnesses. Due to the amount of potential evidence, the parties need another short extension to prepare and file the Joint Pretrial Order.

The parties are circulating drafts for the joint pretrial order and have made additional progress since the last extension was granted. However, counsel for Smart tested positive for Covid-19. Due to his symptoms and extensive recovery period, counsel for Smart was not able to circulate the most recent draft of the joint pretrial order until the evening of November 29, 2021. Accordingly, the parties need additional time to review the most recent draft of the joint pretrial order and collectively communicate in order to mutually agree on the language submitted in the proposed joint pretrial order. In light of these circumstances, with this Court's permission, the parties have agreed to extend the deadline to December 21, 2021.

The parties above request that the court approve of this stipulation and order giving the parties an additional time up to December 21, 2021 to submit the Joint Pretrial Order.

DATED this 30th day of November, 2021.          DATED this 30th day of November, 2021.

*/s/ Cliff W. Marcek*
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
**CLIFF W. MARCEK, P.C.**
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
SARA RODRIQUEZ, parent and guardian
Of JACOB WYMAN

*/s/   Joseph R. Meservy*
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
SMART INDUSTRIES CORPORATION

DATED this 30th day of November, 2021.            DATED this 30th day of November, 2021.

/s/  Brittney R. Glover                                        /s/  Peter Dubowsky
TRACY A. EGLET, ESQ.                                  PETER DUBOSWKY, ESQ.
Nevada Bar No. 6419                                         Nevada Bar No. 4972
BRITTNEY R. GLOVER, ESQ.                         AMANDA VOGLER-HEATON, ESQ.
Nevada Bar No. 15412                                       Nevada Bar No. 13609
**EGLET ADAMS**                                              **DUBOWSKY LAW OFFICE, CHTD**
400 South Seventh Street, Suite 400               300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101                                 Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*                                      *Attorneys for WESCO INSURANCE CO.*
*JENNIFER WYMAN, BEAR WYMAN; and*
*ESTATE OF CHARLES WYMAN*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  December 3, 2021

4