**WILLIAM H. PRUITT, ESQ**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
Email: BPruitt@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-EJY<br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL<br><br>Case No.: 2:16-cv-02378-JCM-EJY |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE A JOINT PRETRIAL ORDER**<br>**(Sixth Request)** |

1

|   | Defendants. |
|---|---|

HI-TECH SECURTY INC; and WILLIAM ROSEBERRY,

                Third-Party Plaintiffs,

vs.

NICKELS AND DIMES INCORPORATED,

                Third-Party Defendants.

      COMES NOW, Plaintiffs, SARA RODRIGUEZ parent and guardian of JACOB WYMAN, by and through their counsel of record, Cliff W. Marcek, Esq and Thomas Schwartz, Esq.; Jennifer Wyman, Bear Wyman and the Estate of Charles Wyman by and through their attorney of record, Tracy A. Eglet, Esq. and Brittney R. Glover, Esq. of EGLET ADAMS LAW OFFICE; Smart Industries Corporation, by and through its attorney of record William H. Pruitt, Esq. and Joseph R. Meservy, Esq. of BARRON & PRUITT; and Wesco Insurance Company by and through its attorney Peter Duboswky, Esq. of DUBOWSKY LAW OFFICE and hereby agree and stipulate to extend the time to file the Joint Pretrial Order.

      On September 16, 2021, the Honorable Judge James C. Mahan filed a Minute Order stating the parties were to submit a Joint Pretrial Order in compliance with Local Rule 16-4 within 30 days. The Joint Pretrial Order was due October 18, 2021. The parties were granted three extensions until November 12, 2021, and had agreed to further extend the deadline until November 30, 2021 and then to December 21, 2021.

      The parties have conducted extensive discovery and there are many documents to review. In addition, there have been numerous depositions, written discovery and each side has disclosed expert witnesses. Due to the amount of potential evidence, the parties need another short extension to prepare and file the Joint Pretrial Order.

      The parties are circulating drafts for the joint pretrial order and have made additional progress since the last extension was granted, but it is unlikely the Joint Pretrial Order will be completed by December 21, 2021. Counsel for the Wyman Plaintiffs circulated a new draft of the Joint Pretrial Order on Friday, December 17, 2021. Additionally, the family of lead trial counsel for Smart has

tested positive for COVID-19 and the Christmas and New Year holiday is upon us—further disrupting the time available for counsel to review and revise the latest draft of the Joint Pretrial Order. Accordingly, the parties have agreed to extend the deadline to January 12, 2022 to enable counsel to spend time with their families.

      The parties above request that the court approve of this stipulation and order giving the parties an additional time up to January 12, 2022 to submit the Joint Pretrial Order.

DATED this 21st day of December, 2021.     DATED this 21st day of December, 2021.

*/s/ Cliff W. Marcek*     */s/ Joseph R. Meservy*
CLIFF W. MARCEK, ESQ.     WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 5061     Nevada Bar No. 6783
**CLIFF W. MARCEK, P.C.**     JOSEPH R. MESERVY, ESQ.
411 E. Bonneville Ave.     Nevada Bar No. 14088
Las Vegas, Nevada 89101     **BARRON & PRUITT, LLP**
*Attorneys for Plaintiffs*     3890 West Ann Road
SARA RODRIQUEZ, parent and guardian     North Las Vegas, Nevada 89031
Of JACOB WYMAN     *Attorneys for Defendant*
   SMART INDUSTRIES CORPORATION

DATED this 21st day of December, 2021.     DATED this 21st day of December, 2021.

*/s/ Brittney R. Glover*     */s/ Peter Dubowsky*
TRACY A. EGLET, ESQ.     PETER DUBOSWKY, ESQ.
Nevada Bar No. 6419     Nevada Bar No. 4972
BRITTNEY R. GLOVER, ESQ.     AMANDA VOGLER-HEATON, ESQ.
Nevada Bar No. 15412     Nevada Bar No. 13609
**EGLET ADAMS**     **DUBOWSKY LAW OFFICE, CHTD**
400 South Seventh Street, Suite 400     300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101     Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*     *Attorneys for WESCO INSURANCE CO.*
JENNIFER WYMAN, BEAR WYMAN;
and
ESTATE OF CHARLES WYMAN

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  December 22, 2021