WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
Email: BPruitt@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED, | Case No.: 2:16-cv-01206-JCM-~~CWH~~ EJY |
| Plaintiff, | |
| vs. | |
| SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation, | CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| Defendants. | |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN, | Case No.: 2:16-cv-02378-RFB-GWF |
| Plaintiffs, | **DEFENDANT SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG.'S MOTION FOR LEAVE TO APPEAR VIRTUALLY AT SETTLEMENT CONFERENCE** |
| vs. | |
| SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG.; HI-TECH SECURITY INC; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC; SANSONE COMPANIES, LLC; DOES I through V; and BUSINESS ENTITIES I through V, inclusive, | |
| Defendants. | |

1

A Settlement Conference has been scheduled in the above referenced matter for Wednesday, April 27, 2022 with Magistrate Judge Elayna J. Youchah. Pursuant to the Order Setting Settlement Conference filed on February 28, 2022, any party desiring an exception from personally attending the settlement conference must submit a request, after consultation with opposing counsel, a least 7 days before the settlement conference.

Counsel for each of the plaintiffs (namely Peter Dubowsky for Plaintiff Wesco Ins. Co., Brittney Glover for Wyman Plaintiffs, and Cliff Marcek for Rodriguez Plaintiffs) have given defense counsel their consent that *both* representatives for Defendant Smart Industries Corp. and its carrier be permitted to appear remotely instead of in person. As Ms. Glover stated, "As long as the individuals appearing have settlement authority, we do not have an issue with your client and carrier appearing virtually for the upcoming settlement conference."[1] And, this Court has already granted leave for the representative for Defendant Smart Industries Corp.'s carrier to appear virtually. ECF No. 367 (minute order dated 04/06/2022).

The president of Defendant Smart Industries, Jeff Smart, will be out of the country in Taiwan at the time of the settlement conference. Accordingly, the company's vice president, Jeff DuPree intends to appear on behalf of Defendant Smart Industries. However, it would pose an unusual burden for Smart Industries to have both its president and vice president out of state simultaneously for multiple days. Smart Industries is based in the State of Iowa. If Mr. DuPree were to travel to Las Vegas, Nevada it would require that he be out of the office for multiple days.

Furthermore, upon information and belief, Mr. DuPree currently suffers from a fractured shoulder. Requiring him to travel to Las Vegas, Nevada would further require that he be estranged from his medical providers for that period, risk injury to his shoulder during the 5+ hrs. flights to and from Las Vegas, Nevada, and also expose him to the risks of COVID-19. Accordingly, appearing personally for the settlement conference would create an unusual burden.

---

[1] *See* April 5, 2022 Email Correspondence attached as **Exhibit A**.

Defendant respectfully requests that Mr. DuPree be allowed to attend the settlement conference remotely via videoconference. That way, Mr. DuPree would be able to participate in good faith, without concerns about risks associated with travel. Defendant also notes that the Court, counsel of record, and Mr. DuPree have all developed greater capability at videoconferencing in recent years owing to the pandemic.

BARRON & PRUITT, LLP

*/s/ Joseph Meservy*
_____
DAVID BARRON, ESQ.
Nevada Bar No. 142
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*Smart Industries Corporation*

IT IS SO ORDERED.

IT IS FURTHER ORDERED that counsel for Defendant Smart Industries must bring to the settlement conference a computer with the necessary programming or application to allow counsel to connect with Smart Industries representative and its insurer by video conference for the entirety of the settlement conference.

_____
U.S. MAGISTRATE JUDGE

Dated: April 8, 2022

3