**SAO**
TRACY A. EGLET, ESQ.
Nevada Bar No.: 6419
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No.: 15412
**EGLET ADAMS**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Email: eservice@egletlaw.com
Tel.: (702) 450-5400
Fax: (702) 450-5451
*Attorneys for Plaintiffs*
*Jennifer Wyman, Bear Wyman,*
*and the Estate of Charles Wyman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION d/b/a SMART INDUSTRIES CORP, MFG, an Iowa corporation,<br><br>Defendants. | Case No. 2:16-cv-01206-JCM-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFFS' REPLIES TO THEIR MOTIONS IN LIMINE NO's. 5, 6, AND 7 (First Request)** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs. | CONSOLIDATED WITH<br>Case No. 2:16-cv-02378-JCM-CWH |

1  SMART INDUSTRIES CORPORATION, d/b/a
2  SMART INDUSTRIES CORP., MFG, an Iowa corporation, HI-TECH SECURITY INC., a Nevada
3  corporation; WILLIAM ROSEBERRY;
4  BOULEVARD VENTURES, LLC, a Nevada corporation; DOES I thought V; DOES 1 thought
5  10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive,
6
7      Defendants.

8
9  HI-TECH SECURITY, INC; and WILLIAM ROSEBERRY,
10
11      Third-Party Plaintiffs,
12  vs.
13  NICKELS AND DIMES INCORPORATED,
14      Third-Party Defendant.
15

16      On April 6, 2022, Wyman Plaintiffs filed their Motion in Limine No. 5 to Preclude Any
17 Argument that the Subject Arcade Machine Defect Did Not Exist When it Left Smart Industries
18 Corporation's Possession (ECF No. 368); Motion in Limine No. 6 to Exclude Argument or
19 Reference that the Defective Junction Box Was Modified After it Left its Possession Due to Lack
20 of Foundation (ECF No. 369); and Motion in Limine No. 7 to Exclude Charles Wyman's
21 Toxicology Report and Any Argument or Reference to His Alleged Drug Use (ECF No. 370).
22     On April 20, 2022, Defendant Smart Industries Corporation filed a Stipulation and Order
23 for an Extension of Time to file its Oppositions to Plaintiffs' Motions in Limine until May 4,
24 2022 (ECF Nos. 382). On May 4, 2022, Defendant Smart Industries Corporation filed its
25 Oppositions to Plaintiffs' Motions in Limine (ECF Nos. 385, 386, and 387). Wyman Plaintiffs'
26 Replies to Defendant Smart Industries Corporation's Oppositions to Wyman Plaintiffs' Motions in
27 Limine are currently due May 11, 2022. Wyman Plaintiffs have requested a two-week extension
28

2

of time to file their Replies in Support of their Motions in Limine. Defendant Smart has agreed to Wyman Plaintiffs' request, which would make the replies due on May 25, 2022.

      This Stipulation is submitted in good faith and is not interposed for purposes of delay. Due to unexpected delays and having not received Defendant Smart's Oppositions until May 4, 2022, with this Court's approval, the parties hereby agree that that the deadline for Wyman Plaintiffs to file the above-mentioned briefs, shall be extended by two weeks, or such other time as deemed appropriate by the Court. As such, the deadline for filing said briefs shall be May 25, 2022.

| Respectfully submitted by: | Approved as to Form and Content by: |
|---|---|
| DATED this 11th day of May, 2022. | DATED this 11th day of May, 2022. |
| */s/ Brittney R. Glover, Esq.* <br> TRACY A. EGLET, ESQ. <br> Nevada Bar No. 6419 <br> BRITTNEY R. GLOVER, ESQ. <br> Nevada Bar No. 15412 <br> EGLET ADAMS <br> 400 South Seventh Street, Suite 400 <br> Las Vegas, Nevada 89101 <br> *Attorneys for Plaintiffs* | */s/ Joseph R. Meservy, Esq.* <br> WILLIAM H. PRUITT, ESQ. <br> Nevada Bar No. 6783 <br> JOSEPH R. MESERVY, ESQ. <br> Nevada Bar No. 14088 <br> BARRON & PRUITT, LLP <br> 3890 West Ann Road <br> North Las Vegas, Nevada 89031 <br> *Attorneys for Defendant Smart Industries Corporation* |

**ORDER**

      Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

      DATED May 23, 2022.

                                            _____
                                            UNITED STATES DISTRICT JUDGE