UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WESCO INSURANCE COMPANY,<br>　　　Plaintiff(s),<br>v.<br>SMART INDUSTRIES CORPORATION,<br>　　　Defendant(s). | Case No. 2:16-cv-01206-JCM-NJK<br>**ORDER**<br>[Docket No. 395] |

Pending before the Court is a responsive brief filed by Plaintiff that violates several local rules. Docket No. 395. First, responsive briefs are limited to 24 pages in length, excluding exhibits. Local Rule 7-3(b). Plaintiff's responsive brief is 27 pages in length. Second, "[e]xhibits and attachments must not be filed as part of the base document in the electronic filing system. They must be attached as separate files." Local Rule IC 2-2(a)(3)(A). Plaintiff's responsive brief was filed as a single document with hundreds of pages of exhibits. Third, a filing attorney "is responsible for designating an accurate title of a document filed in the electronic filing system." Local Rule IC 2-2(c). Plaintiff's responsive brief was erroneously docketed as a "reply."

Given these local rule violations, Plaintiff's responsive brief is **STRICKEN**. *See, e.g.*, Local Rule IC 7-1. A responsive brief that complies with the local rules must be filed by June 21, 2022. Moreover, the Court hereby **ORDERS** Plaintiff to provide a courtesy copy of that refiled brief (and any exhibits filed in conjunction therewith) by noon on June 22, 2022. The courtesy copy must be submitted to the undersigned's box in the Clerk's Office. The courtesy copy must be bound and tabbed. *See, e.g.*, Local Rule IC 2-2(g).

IT IS SO ORDERED.

Dated: June 16, 2022

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge