**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

WESCO INSURANCE COMPANY,

      Plaintiff(s),

v.

SMART INDUSTRIES CORPORATION,

      Defendant(s).

Case No. 2:16-cv-01206-JCM-NJK

**ORDER**

[Docket No. 388]

The requirement in the local rules to submit courtesy copies of voluminous filings has been suspended as a general matter, but judges may still direct parties to submit courtesy copies in particular cases. Second Amended Temporary Gen. Order 2020-04 at ¶ 5. Defendant filed a motion to strike that is 225 pages, including exhibits. Docket No. 388. Defendant is hereby ORDERED to provide a courtesy copy of this motion (and exhibits filed in conjunction therewith) by noon on June 22, 2022. The courtesy copy must be submitted to the undersigned's box in the Clerk's Office. The courtesy copy must be bound and tabbed. *See, e.g.*, Local Rule IC 2-2(g).

      IT IS SO ORDERED.

      Dated: June 16, 2022

_____

Nancy J. Koppe
United States Magistrate Judge

1