1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

7   WESCO INSURANCE COMPANY,

8          Plaintiff(s),                                    Case No. 2:16-cv-01206-JCM-NJK

9   v.                                                          **ORDER**

10  SMART INDUSTRIES CORPORATION,                  [Docket No. 412]

11         Defendant(s).

12          Pending before the Court is the Wyman Plaintiffs' motion for reconsideration, filed on July

13  25, 2022.  Docket No. 412.

14          Given that the underlying order was issued 27 months ago, *see* Docket No. 199, the motion

15  does not appear to be timely, *see* Local Rule 59-1(c) ("Motions for reconsideration must be brought

16  within a reasonable time.  Lack of diligence or timeliness may result in denial of the motion").  No

17  argument has been presented to the contrary.  Moreover, the only legal authority provided in the

18  motion deals with the Nevada Supreme Court's treatment of "motions for clarification."  *See*

19  Docket No. 412 at 6.  This case is being litigated in the *United States* District Court, however, so

20  the case law presented is inapposite.  Plaintiffs must provide legal authority that is pertinent to the

21  request being made in this courthouse.

22          In light of these deficiencies, the motion for reconsideration is **DENIED** without prejudice.

23  Any renewed motion must be filed by July 28, 2022, must provide robust discussion as to

24  timeliness, must include citation to pertinent legal authorities, and must otherwise include

25  meaningful discussion of the issues.  The Court also reminds counsel that motions for

26  reconsideration are disfavored, Local Rule 59-1(b), and that sanctions may be imposed for their

27  improper use, *see, e.g.*, *id.*  If the motion for reconsideration is renewed, any response must be

28

1

filed by August 3, 2022.[1]  Given the proximity to trial, no reply will be allowed without leave of court.  No extensions will be provided.

IT IS SO ORDERED.

Dated: July 26, 2022

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court reminds counsel that the deadlines set herein control regardless of any contrary indications in the notices automatically generated by CMECF.  Local Rule IC 3-1(d).