ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No. 15412
**EGLET ADAMS**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Telephone: (702) 450-5400
Facsimile:  (702) 450-5451
Email: eservice@egletlaw.com
    - and -
THEODORE PARKER, III, ESQ.
Nevada Bar No. 4716
**PARKER, NELSON & ASSOCIATES, CHTD.**
2460 Professional Court, Suite 200
Las Vegas, NV 89128
Telephone: 702-868-8000
Fax: 702-868-8001
E-Mail: tparker@pnalaw.net
*Attorneys for Plaintiffs Jennifer Wyman,*
*Bear Wyman, and the Estate of Charles Wyman*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED,<br><br>      Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION d/b/a SMART INDUSTRIES CORP, MFG, an Iowa corporation,<br><br>      Defendants. | Case No. 2:16-cv-01206-JCM-NJK<br><br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL (Second Request)** |

| | |
|---|---|
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN, <br><br> Plaintiffs, <br><br> vs. <br><br> SMART INDUSTRIES CORPORATION, d/b/a SMART INDUSTRIES CORP., MFG, an Iowa corporation, HI-TECH SECURITY INC., a Nevada corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada corporation; DOES I thought V; DOES 1 thought 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, <br><br> Defendants. | CONSOLIDATED WITH <br> Case No. 2:16-cv-02378-JCM-CWH |
| HI-TECH SECURITY, INC; and WILLIAM ROSEBERRY, <br><br> Third-Party Plaintiffs, <br><br> vs. <br><br> NICKELS AND DIMES INCORPORATED, <br><br> Third-Party Defendant. | |

### STIPULATION AND ORDER TO CONTINUE TRIAL (Second Request)

COMES NOW, JENNIFER WYMAN, BEAR WYMAN, and THE ESTATE OF CHARLES WYMAN (hereinafter the "Plaintiffs") by and through their attorneys of record, Robert T. Eglet, Esq. and Brittney R. Glover, Esq., of the law firm of EGLET ADAMS and

2

Theodore Parker, III, Esq. of PARKER, NELSON & ASSOCIATES, CHTD; Plaintiffs, SARA RODRIGUEZ parent and guardian of JACOB WYMAN, by and through their counsel of record, Cliff W. Marcek, Esq. and Thomas Schwartz, Esq.; SMART INDUSTRIES CORPORATION, by and through its attorney of record, William H. Pruitt, Esq. and Joseph R. Meservy, Esq. of BARRON & PRUITT; and WESCO INSURANCE COMPANY, by and through its attorney of record, Peter Dubowsky, Esq. of DUBOWSKY LAW OFFICE, and hereby agree and stipulate to continue the **September 12, 2022** trial date in this matter to this Court's **February 27, 2023** trial stack due to the unavailability of Plaintiffs' liability expert, E.P. Hamilton, III, Ph.D., P.E.

On January 19, 2022, the parties submitted their Joint Pretrial Order. *See* ECF No. 358. On February 3, 2022, this Court granted the parties Joint Pretrial Order and set this case for jury trial on the stacked calendar on September 12, 2022. *See* ECF No. 361. The Calendar Call in this matter is set to be held on September 7, 2022 at 1:30 p.m. *Id.*

The parties respectfully request that the September 12, 2022 trial date in this matter be continued to this Court's February 27, 2023 trial stack. The Wyman Plaintiffs recently discovered that their liability expert, E.P. Hamilton, III, Ph.D., P.E., will not be available until September 19, 2022 to meet with Plaintiffs' counsel. *See* Affidavit of Deborah R. Black, attached as **Exhibit "1."** As such, Dr. Hamilton will be unavailable to testify at the September 12, 2022 trial. *Id.* Moreover, as this trial is anticipated to last twenty-one (21) days, the September 12, 2022 trial stack conflicts with counsel for Wesco, Peter Dubowsky's, Jewish holidays, which begin on September 23, 2022.

In the interests of fairness and justice and for good cause shown, the parties request a continuance of the September 12, 2022 trial date until this Court's February 27, 2023 trial stack. This request is not made for the purposes of undue delay and is brought in good faith. In light of the foregoing, and in an attempt to avoid prejudicing all parties involved, the parties hereby stipulate to continue the trial date in this matter from September 12, 2022 to this Court's February 27, 2023 trial stack. The parties further respectfully request that the motion in limine deadline be

extended in accordance with the new trial date pursuant to LR 16-3.

| Respectfully submitted by: | Approved as to Form and Content by: |
|---|---|
| DATED this 12th day of August, 2022. | DATED this 12th day of August, 2022. |
| */s/ Brittney R. Glover, Esq.*<br>TRACY A. EGLET, ESQ.<br>Nevada Bar No. 6419<br>BRITTNEY R. GLOVER, ESQ.<br>Nevada Bar No. 15412<br>**EGLET ADAMS**<br>400 South Seventh Street, Suite 400<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs*<br>JENNIFER WYMAN, BEAR WYMAN; and<br>ESTATE OF CHARLES WYMAN | */s/ Joseph R. Meservy, Esq.*<br>WILLIAM H. PRUITT, ESQ.<br>Nevada Bar No. 6783<br>JOSEPH R. MESERVY, ESQ.<br>Nevada Bar No. 14088<br>**BARRON & PRUITT, LLP**<br>3890 West Ann Road<br>North Las Vegas, Nevada 89031<br>*Attorneys for Defendant*<br>SMART INDUSTRIES CORPORATION |
| DATED this 12th day of August, 2022. | DATED this 12th day of August, 2022. |
| */s/ Cliff W. Marcek, Esq.*<br>CLIFF W. MARCEK, ESQ.<br>Nevada Bar No. 5061<br>**CLIFF W. MARCEK, P.C.**<br>411 E. Bonneville Ave.<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiffs*<br>SARA RODRIQUEZ, parent and guardian<br>Of JACOB WYMAN | */s/ Peter Dubowsky, Esq.*<br>PETER DUBOSWKY, ESQ.<br>Nevada Bar No. 4972<br>**DUBOWSKY LAW OFFICE, CHTD**<br>300 South Fourth Street, Suite 1020<br>Las Vegas, Nevada 89101<br>*Attorneys for WESCO INSURANCE CO.* |

**ORDER**

Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that the trial date in this matter is continued from September 12, 2022 to **February 27, 2023, at 9:00 a.m.** The Calendar call currently set for September 7, 2022, is continued to **February 22, 2023 at 1:30 p.m.**

IT IS FURTHER ORDERED that the motion in limine deadline is extended in accordance with the new trial date pursuant to LR 16-3.

DATED August 15, 2022.

_____
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| **From:** | Peter Dubowsky |
| **To:** | Brittney Glover |
| **Cc:** | Joseph R. Meservy; Cliff Marcek; Bianca Marx |
| **Subject:** | Re: Wyman, et. al. v. Smart - SAO Continue Trial |
| **Date:** | Friday, August 12, 2022 12:05:20 PM |
| **Attachments:** | uc.png |

You may affix my signature.


Peter Dubowsky, Esq.
DUBOWSKY LAW OFFICE, CHTD.
300 South Fourth Street
10th Floor- Suite 1020
Las Vegas, NV 89101
Ph. (702) 360.3500
Fx. (702) 360.3515
www.dubowskylaw.com



On Aug 12, 2022, at 11:59 AM, Brittney Glover <bglover@egletlaw.com> wrote:

<WYMAN 20220812 SAO Continue Trial.docx>

| | |
|---|---|
| **From:** | Cliff Marcek |
| **To:** | Brittney Glover; Joseph Meservy; Peter Dubowsky |
| **Cc:** | Bianca Marx |
| **Subject:** | RE: Wyman, et. al. v. Smart - SAO Continue Trial |
| **Date:** | Friday, August 12, 2022 12:43:30 PM |
| **Attachments:** | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |

You can affix my signature.

CLIFF W. MARCEK, P.C.
411 E. Bonneville, Suite 390
Las Vegas, NV 89101
Telephone:  (702) 366-7076
Facsimile:   (702) 366-7078
Email:         cwmarcek@marceklaw.com (Firm)
*Board Certified Personal Injury Law Specialist*
American Association of Jus ice
Past President – Nevada Justice Associa ion
Million Dollar Advocates Forum
The National Trial Lawyers Top 100 Trial Lawyers (2008,2014)
The American Society of Legal Advocates
Keenan Trial Institute



DO NOT read, copy or disseminate this communication unless you are the intended addressee.  This e-mail communication contains confidential and/or privileged information intended only for the addressee.  If you have received this communication in error, please call us (collect) immediately at (702) 366-7076 and ask to speak to the sender of the communication.  Also, please e-mail the sender and notify the sender immediately that you have received the communication in error

**From:** Brittney Glover <bglover@egletlaw.com>
**Sent:** Friday, August 12, 2022 12:00 PM
**To:** Joseph Meservy <JMeservy@lvnvlaw.com>; Peter Dubowsky <peter@dubowskylaw com>; Cliff Marcek <cwmarcek@marceklaw com>
**Cc:** Bianca Marx <bmarx@egletlaw com>
**Subject:** Wyman, et. al. v. Smart - SAO Continue Trial

Counsel,

It is my understanding that all parties have agreed to request a continuance of the trial date in this matter. Please find attached the SAO to Continue the September 12, 2022 trial date until the February 27, 2023 trial stack. Please review for form and content and let me know if you have any changes, or if we may affix your e-signature and submit to Chambers.

Thank you.



Brittney R  Glover, Esq
p: (702) 450-5400
w: www.egletlaw.com
a: 400 South 7th Street, Suite #400 Las Vegas, NV 89101

This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the solicitor-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

| | |
|---|---|
| **From:** | Brittney Glover |
| **To:** | Joseph Meservy; Cliff Marcek; Peter Dubowsky |
| **Cc:** | Bianca Marx |
| **Subject:** | RE: Wyman, et. al. v. Smart - SAO Continue Trial |
| **Date:** | Friday, August 12, 2022 3:08:00 PM |
| **Attachments:** | WYMAN 20220812 SAO Continue Trial.docx |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |



Brittney R Glover, Esq
p: (702) 450-5400
w: www.egletlaw.com
a: 400 South 7th Street, Suite #400 Las Vegas, NV 89101

This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the solicitor-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

**From:** Joseph Meservy <JMeservy@lvnvlaw.com>
**Sent:** Friday, August 12, 2022 2:59 PM
**To:** Cliff Marcek <cwmarcek@marceklaw.com>; Brittney Glover <bglover@egletlaw.com>; Peter Dubowsky <peter@dubowskylaw.com>
**Cc:** Bianca Marx <bmarx@egletlaw.com>
**Subject:** RE: Wyman, et. al. v. Smart - SAO Continue Trial

With my minor proposed edits, you may affix my e-signature and submit.

Sincerely,
Joseph R. Meservy, Esq.

**Barron & Pruitt, LLP**
LAWYERS

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or the law firm of Barron & Pruitt, LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail by hitting reply or telephone (702) 870-3940 and promptly destroy the original transmission and its attachments.

**From:** Joseph Meservy
**Sent:** Friday, August 12, 2022 2:15 PM
**To:** 'Cliff Marcek' <cwmarcek@marceklaw.com>; Brittney Glover <bglover@egletlaw.com>; Peter Dubowsky <peter@dubowskylaw.com>
**Cc:** Bianca Marx <bmarx@egletlaw.com>
**Subject:** RE: Wyman, et. al. v. Smart - SAO Continue Trial

Hi All,

I have a couple very minor edits to suggest and am just waiting on Bill (who is in trial) to confirm that the date proposed works for us. I hope to have that answer by tonight.

The edits: (1) Please substitute WILLIAM H. PRUITT, ESQ. (Bar No. 6783) for David Barron, Esq. in the signature block; (2) I believe Amanda Vogler-Heaton, Esq. is no longer with Dubowsky Law Office, Chtd., right?  If so, probably best to remove her from the signature block as well.; (3) On page 3:19-20, there length of trial is listed as "up to three weeks" but we informed the Court trial would be "21 days" in the Joint Pretrial Order, and I would prefer using that language.

Sincerely,
Joseph R. Meservy, Esq.

**Barron & Pruitt, LLP**
LAWYERS

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or the law firm of Barron & Pruitt, LLP. If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately by e-mail by hitting reply or telephone (702) 870-3940 and promptly destroy the original transmission and its attachments.

**From:** Cliff Marcek [mailto:cwmarcek@marceklaw.com]
**Sent:** Friday, August 12, 2022 12:43 PM
**To:** Brittney Glover <bglover@egletlaw.com>; Joseph Meservy <JMeservy@lvnvlaw.com>; Peter Dubowsky <peter@dubowskylaw.com>
**Cc:** Bianca Marx <bmarx@egletlaw.com>

# Exhibit "1"

## AFFIDAVIT OF DEBORAH R. BLACK IN SUPPORT OF STIPULATION AND ORDER TO CONTINUE TRIAL

STATE OF TEXAS        )
                      ) SS:
COUNTY OF TRAVIS      )

I, DEBORAH R. BLACK, being duly sworn, states and declares as follows:

1. I am over the age of eighteen (18) and a citizen of the United States of America. I have personal knowledge of the following and if called as a witness I could, and would, competently testify as follows:

2. I am the Vice-President of Hamilton & Associates, and I am the individual responsible for managing E.P. Hamilton III, Ph.D., P.E.'s calendaring, scheduling, and general availability.

3. Dr. Hamilton is currently out of the country until August 30, 2022.

4. Upon his return, Dr. Hamilton will not be available until September 19, 2022 to meet with Plaintiffs' counsel.

5. Unfortunately, Dr. Hamilton will be unavailable to testify at the September 12, 2022 trial.

6. Dr. Hamilton has the ability to make himself available for trial purposes during the first two weeks of March 2023.

7. I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT

DATED this 12th day of August, 2022.

_____
DEBORAH R. BLACK

SUBSCRIBED and SWORN to BEFORE me this 12 day of August, 2022.

_____
NOTARY PUBLIC

JANELLE ETHERINGTON
Notary ID #125608902
My Commission Expires
March 7, 2026

# WESCO INSURANCE COMPANY
# vs. SMART INDUSTRIES CORPORATION

*(U.S. District Court Case No.* Case No. 2:16-cv-01206-JCM-NJK*)*

# PLAINTIFFS JENNIFER WYMAN, BEAR WYMAN, AND THE ESTATE OF CHARLES WYMAN'S STIPULATION AND ORDER TO CONTINUE TRIAL

# EXHIBIT 1

AFFIDAVIT

# AFFIDAVIT OF DEBORAH R. BLACK IN SUPPORT OF STIPULATION AND ORDER TO CONTINUE TRIAL

STATE OF TEXAS     )
                   ) SS:
COUNTY OF TRAVIS   )

I, DEBORAH R. BLACK, being duly sworn, states and declares as follows:

1. I am over the age of eighteen (18) and a citizen of the United States of America. I have personal knowledge of the following and if called as a witness I could, and would, competently testify as follows:

2. I am the Vice-President of Hamilton & Associates, and I am the individual responsible for managing E.P. Hamilton III, Ph.D., P.E.'s calendaring, scheduling, and general availability.

3. Dr. Hamilton is currently out of the country until August 30, 2022.

4. Upon his return, Dr. Hamilton will not be available until September 19, 2022 to meet with Plaintiffs' counsel.

5. Unfortunately, Dr. Hamilton will be unavailable to testify at the September 12, 2022 trial.

6. Dr. Hamilton has the ability to make himself available for trial purposes during the first two weeks of March 2023.

7. I declare under penalty of perjury that the foregoing is true and correct.

FURTHER AFFIANT SAYETH NAUGHT

DATED this 12th day of August, 2022.

_____
DEBORAH R. BLACK

SUBSCRIBED and SWORN to BEFORE me this 12 day of August, 2022.

_____
NOTARY PUBLIC



JANELLE ETHERINGTON
Notary ID #125608902
My Commission Expires
March 7, 2026