WILLIAM H. PRUITT, ESQ
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Email: BPruitt@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*****

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-EJY<br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL<br><br>Case No.: 2:16-cv-02378-JCM-EJY |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S MOTION TO PRE-INSTRUCT THE JURY ON STRICT PRODUCT LIABILITY** |

1

627.67

|   |
|---|
| Defendants. |
| HI-TECH SECURTY INC; and WILLIAM ROSEBERRY, |
| Third-Party Plaintiffs, |
| vs. |
| NICKELS AND DIMES INCORPORATED, |
| Third-Party Defendants. |

Plaintiffs Jennifer Wyman, Bear Wyman and the Estate of Charles Wyman ("The Wyman Plaintiffs") by and through their attorneys of record, Tracy A. Eglet, Esq. and Brittney R. Glover, Esq. of EGLET ADAMS LAW OFFICE and Defendant Smart Industries Corporation, by and through its attorneys of record William H. Pruitt, Esq. and Joseph R. Meservy, Esq. of BARRON & PRUITT, hereby agree and stipulate to extend the time for Defendant Smart Industries Corporation to respond to Plaintiff's Motion to Pre-Instruct the Jury on Strict Liability.

Said motion was filed on August 1, 2022 with responses currently due August 15, 2022. The Wyman Plaintiffs do not oppose Defendant Smart Industries Corporation's request for an extension up to and including August 19, 2022 to allow Smart Industries Corporation to file responses.

DATED this 15th day of August, 2022.

/s/ Brittney R. Glover
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No. 15412
**EGLET ADAMS**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
JENNIFER WYMAN, BEAR WYMAN; and ESTATE OF CHARLES WYMAN

DATED this 15th day of August, 2022.

/s/ Joseph R. Meservy
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
SMART INDUSTRIES CORPORATION

**IT IS SO ORDERED** August 17, 2022.

_____
UNITED STATES DISTRICT JUDGE

2