**SAO**
ROBERT T. EGLET, ESQ.
Nevada Bar No.: 3402
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No.: 15412
**EGLET ADAMS**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Email: eservice@egletlaw.com
Tel.: (702) 450-5400
Fax: (702) 450-5451
*Attorneys for Plaintiffs*
*Jennifer Wyman, Bear Wyman,*
*and the Estate of Charles Wyman*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WESCO INSURANCE COMPANY, as subrogee of its insured, NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION d/b/a SMART INDUSTRIES CORP, MFG, an Iowa corporation,<br><br>Defendants. | Case No. 2:16-cv-01206-JCM-NJK<br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFFS' REPLY IN SUPPORT OF THEIR MOTION TO PRE-INSTRUCT THE JURY ON PRODUCT LIABILITY LAW** |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs. | CONSOLIDATED WITH<br>Case No. 2:16-cv-02378-JCM-CWH |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | SMART INDUSTRIES CORPORATION, d/b/a SMART INDUSTRIES CORP., MFG, an Iowa corporation, HI-TECH SECURITY INC., a Nevada corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada corporation; DOES I thought V; DOES 1 thought 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>    Defendants. |
| 8<br>9<br>10<br>11<br>12<br>13<br>14<br>15 | HI-TECH SECURITY, INC; and WILLIAM ROSEBERRY,<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>NICKELS AND DIMES INCORPORATED,<br><br>    Third-Party Defendant. |

On August 1, 2022, the Wyman Plaintiffs filed a Motion to Pre-Instruct The Jury on Strict Product Liability Law. ECF No. 415. On August 15, 2022, Defendant Smart Industries Corporation (hereinafter "Defendant") filed a Stipulation and Order to Extend Time to Respond to Plaintiff's Motion to Pre-Instruct the Jury on Strict Product Liability Law. ECF No. 426. On August 17, 2022, this Court granted Defendant's request for an extension up to and including August 19, 2022. ECF No. 427. On August 19, 2022, Defendant filed its Opposition to Plaintiffs' Motion to Pre-Instruct The Jury on Product Liability Law. ECF No. 429.

The Wyman Plaintiffs' Reply in Support of their Motion is currently due on August 26, 2022. Due to unexpected delays with other work related matters, the Wyman Plaintiffs have requested an extension up to and including September 2, 2022 to file their Reply. Defendant's counsel has agreed to the Wyman Plaintiffs' request pending approval from this Court.

This Stipulation is submitted in good faith, is not interposed for purposes of delay, and will not prejudice this Court or any party as the trial date in this matter has been continued to

February 27, 2023. Due to unexpected delays with other work related matters which have interfered with the Wyman Plaintiffs' counsel's ability to meet the current deadline in this matter, with this Court's approval, the parties hereby agree that that the deadline for the Wyman Plaintiffs to file their Reply in Support of their Motion to Pre-Instruct the Jury on Product Liability Law  shall be extended until September 2, 2022, or such other time as deemed appropriate by the Court. As such, the deadline for filing said Reply shall be September 2, 2022.

Respectfully submitted by:

DATED this 25th day of August, 2022.

/s/ Brittney R. Glover, Esq.
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No. 15412
EGLET ADAMS
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Approved as to Form and Content by:

DATED this 25th day of August, 2022.

/s/ Joseph R. Meservy, Esq.
WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant
Smart Industries Corporation*

## ORDER

Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.

DATED August 26, 2022.

_____
UNITED STATES DISTRICT JUDGE