**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: BPruitt@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,

Plaintiff,

vs.

SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,

Defendants.

Case No.: 2:16-cv-01206-JCM-EJY

CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL

---

JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,

Plaintiffs,

vs.

SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive,

Case No.: 2:16-cv-02378-JCM-EJY

**STIPULATION AND ORDER**

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

Defendants.

HI-TECH SECURTY INC; and WILLIAM ROSEBERRY,

Third-Party Plaintiffs,

vs.

NICKELS AND DIMES INCORPORATED,

Third-Party Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel of record, the following:

1. Plaintiffs' designated expert, Steven M. Burke, is withdrawn as an expert and no party will introduce any opinions or testimony from Steven M. Burke at trial;

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

2. The parties further stipulate and agree that no party may introduce any testimony, reference, or evidence regarding Charles Wyman's tattoos, including the number of tattoos he had on his body and/or the description and/or type of tattoos he had on his body at trial;
3. The parties further stipulate and agree that no party may introduce any testimony, reference, or evidence regarding Jennifer Wyman's recreational marijuana use at trial; and
4. The parties further stipulate and agree that no party may introduce any testimony, reference, or evidence regarding "The Chuck Wyman Memorial Fund" (a Go Fund Me fund) at trial.

Respectfully submitted,

Dated this 27th day of January, 2023,

BARRON & PRUITT, LLP

*/s/ Joseph Meservy*

WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*Smart Industries Corporation*

Dated this 27th day of January, 2023,

EGLET ADAMS

*/s/ Brittney Glover*

TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
BRITTNEY GLOVER, ESQ.
Nevada Bar No. 15412
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for the Wyman Plaintiffs*

Dated this 27th day of January, 2023,

CLIFFW. MARCEK, PC

*/s/ Cliff Marcek*

CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
411 E. Bonneville Ave., Suite 390
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
*Sara Rodriguez and Jacob Wyman*

Dated this 27th day of January, 2023,

DUBOWSKY LAW OFFICE, CHTD.

*/s/ Peter Dubowsky*

PETER DUBOSWKY, ESQ.
Nevada Bar No. 4972
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Wesco Insurance Company*

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

**ORDER**

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that designated expert, Steven M. Burke, has been withdrawn as a witness and shall therefore be excluded from testifying at trial in these consolidated cases, and no party may introduce opinions or testimony from Steven M. Burke at trial.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that no party may introduce any testimony, reference, or evidence regarding Charles Wyman's tattoos, including the number of tattoos he had on his body and/or the description and/or type of tattoos he had on his body at trial.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that no party may introduce any testimony, reference, or evidence regarding Jennifer Wyman's recreational marijuana use at trial.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that no party may introduce any testimony, reference, or evidence regarding "The Chuck Wyman Memorial Fund" (a Go Fund Me fund) at trial.

DATED this 30th day of January , 2023.

James C. Mahan

UNITED STATES DISTRICT JUDGE

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950