**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6483
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
Email: BPruitt@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*\*\*

| | |
|---|---|
| WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,<br><br>Plaintiff,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,<br><br>Defendants. | Case No.: 2:16-cv-01206-JCM-NJK<br><br><br><br>CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL |
| JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-02378-RFB-GWF<br><br><br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE TRIAL AND RELATED DEADLINES** |

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

646.01

1

HI-TECH SECURTY INC; and WILLIAM ROSEBERRY,

                Third-Party Plaintiffs,

vs.

NICKELS AND DIMES INCORPORATED,

                Third-Party Defendants.

       The parties, by and through their respective counsel of record, hereby notify this Honorable Court that they have reached agreements to effect settlements of this matter with Smart Industries Corp.  The parties have begun the process of drafting settlement documents and so, the parties agree that an additional 60 days is needed to allow the parties to finalize the said documents and to submit a stipulation and order to dismiss this case.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

646.01

Accordingly, the parties respectfully request that the Court vacate all pending trial-related deadlines, including the February 7, 2023 Master Trial Calendar Scheduling Conference and the February 27, 2023 trial date.

DATED this 6th day of February, 2023.

BARRON & PRUITT, LLP

*/s/ Joseph R. Meservy*

WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*SMART INDUSTRIES CORPORATION*

DATED this 6th day of February, 2023.

*/s/   Cliff W. Marcek*
CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
**CLIFF W. MARCEK, P.C.**
411 E. Bonneville Ave.
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
*SARA RODRIQUEZ, parent and guardian*
*Of JACOB WYMAN*

DATED this 6th day of February, 2023.

EGLET ADAMS

*/s/ Brittney R. Glover*

TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No. 15412
**EGLET ADAMS**
400 South Seventh Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*
*JENNIFER WYMAN, BEAR WYMAN; and*
*ESTATE OF CHARLES WYMAN*

DATED this 6th day of February, 2023.

*/s/     Peter Dubowsky*
PETER DUBOWSKY, ESQ.
Nevada Bar No. 4972
**DUBOWSKY LAW OFFICE, CHTD**
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
*Attorneys for WESCO INSURANCE CO.*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED:  February 6, 2023

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

3

646.01