**WILLIAM H. PRUITT, ESQ.**
Nevada Bar No. 6783
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile: (702) 870-3950
Email: BPruitt@lvnvlaw.com
*Attorneys for Defendant,*
*Smart Industries Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

*****

WESCO INSURANCE COMPANY as subrogee of its insured NICKELS AND DIMES INCORPORATED,

Plaintiff,

vs.

SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., an Iowa corporation,

Defendants.

Case No.: 2:16-cv-01206-JCM-EJY

CONSOLIDATED FOR PURPOSES OF DISCOVERY AND TRIAL

---

JENNIFER WYMAN, individually; BEAR WYMAN, a minor, by and through his natural parent JENNIFER WYMAN; JENNIFER WYMAN and VIVIAN SOOF, as Joint Special Administrators of the ESTATE OF CHARLES WYMAN; and SARA RODRIGUEZ natural parent and guardian ad litem of JACOB WYMAN,

Plaintiffs,

vs.

SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG, an Iowa Corporation; HI-TECH SECURITY INC, a Nevada Corporation; WILLIAM ROSEBERRY; BOULEVARD VENTURES, LLC, a Nevada Corporation; DOES 1 through 10; BUSINESS ENTITIES I through V; and ROE CORPORATIONS 11 through 20, inclusive,

Case No.: 2:16-cv-02378-JCM-EJY

**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE ALL CLAIMS RELATED TO JACOB WYMAN AND SARA RODRIGUEZ, NATURAL PARENT AND GUARDIAN AD LITEM, OF JACOB WYMAN**



BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

627.67

Defendants.

HI-TECH SECURTY INC; and WILLIAM ROSEBERRY,

Third-Party Plaintiffs,

vs.

NICKELS AND DIMES INCORPORATED,

Third-Party Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., through its attorneys of record, BARRON & PRUITT; Plaintiff SARA RODRIGUEZ, natural parent and guardian ad litem of JACOB WYMAN, and JACOB WYMAN, through their attorneys of record, CLIFF W. MARCEK of BERTOLDO, BAKER, CARTER, SMITH & CULLEN; WESCO INSURANCE COMPANY, through its attorneys of record, DUBOWSKY LAW OFFICE, CHTD.; and JENNIFER WYMAN, BEAR WYMAN, and both JENNIFER WYMAN and KATHRYN D. HARDESTY, as joint special administrators for THE ESTATE OF CHARLES WYMAN, through their attorneys of record, EGLET ADAMS, that any and all claims by JACOB WYMAN or SARA RODRIGUEZ, as natural parent and guardian ad litem of JACOB WYMAN, may be dismissed in their entirety, with prejudice, each party to bear its own costs and fees.

///

///

///

///

///

///

///

///

///

///

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

///

Respectfully submitted,

Dated this 12th day of June, 2023,

BARRON & PRUITT, LLP

*/s/ Joseph Meservy*

WILLIAM H. PRUITT, ESQ.
Nevada Bar No. 6783
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*
*Smart Industries Corporation*

Dated this 12th day of June, 2023,

EGLET ADAMS

*/s/ Brittney Glover*

TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
BRITTNEY GLOVER, ESQ.
Nevada Bar No. 15412
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
*Attorneys for the Wyman Plaintiffs*

Dated this 12th day of June, 2023,

BERTOLDO, BAKER, CARTER, SMITH & CULLEN

*/s/ Cliff Marcek*

CLIFF W. MARCEK, ESQ.
Nevada Bar No. 5061
7408 W. Sahara Ave.
Las Vegas, Nevada 89117
*Attorneys for Plaintiffs*
*Sara Rodriguez and Jacob Wyman*

Dated this 12th day of June, 2023,

DUBOWSKY LAW OFFICE, CHTD.

*/s/ Peter Dubowsky*

PETER DUBOSWKY, ESQ.
Nevada Bar No. 4972
300 South Fourth Street, Suite 1020
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
*Wesco Insurance Company*

**ORDER**

Based upon the Stipulation of the parties hereto, and with good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all claims asserted by or on behalf of JACOB WYMAN, including all claims asserted by SARA RODRIGUEZ, as natural parent and guardian ad litem of JACOB WYMAN, shall be DISMISSED WITH PREJUDICE, each party to bear its own costs and fees incurred in connection with those claims.

DATED June 14, 2023.

UNITED STATES DISTRICT JUDGE

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950