1  **WILLIAM H. PRUITT, ESQ.**
   Nevada Bar No. 6783
2  **JOSEPH R. MESERVY, ESQ.**
   Nevada Bar No. 14088
3  **BARRON & PRUITT, LLP**
   3890 West Ann Road
4  North Las Vegas, Nevada 89031-4416
   Telephone: (702) 870-3940
5  Facsimile:  (702) 870-3950
   Email: BPruitt@lvnvlaw.com
6  *Attorneys for Defendant,*
   *Smart Industries Corporation*

7

8                **UNITED STATES DISTRICT COURT**

9                     **DISTRICT OF NEVADA**

10                          *****

11  WESCO INSURANCE COMPANY as subrogee      Case No.: 2:16-cv-01206-JCM-EJY
    of its insured NICKELS AND DIMES
    INCORPORATED,
12
                 Plaintiff,
13
    vs.
14
    SMART INDUSTRIES CORPORATION dba           CONSOLIDATED FOR PURPOSES OF
15  SMART INDUSTRIES CORP., MFG., an Iowa       DISCOVERY AND TRIAL
    corporation,
16
                 Defendants.
17

18  JENNIFER WYMAN, individually; BEAR        Case No.: 2:16-cv-02378-JCM-EJY
    WYMAN, a minor, by and through his natural
19  parent JENNIFER WYMAN; JENNIFER
    WYMAN and VIVIAN SOOF, as Joint Special    **STIPULATION AND ORDER TO**
20  Administrators of the ESTATE OF CHARLES     **DISMISS WITH PREJUDICE ALL**
    WYMAN; and SARA RODRIGUEZ natural          **REMAINING CLAIMS**
21  parent and guardian ad litem of JACOB WYMAN,

22               Plaintiffs,

23  vs.

24  SMART INDUSTRIES CORPORATION dba
    SMART INDUSTRIES CORP., MFG., an Iowa
25  Corporation; HI-TECH SECURITY INC, a
    Nevada Corporation; WILLIAM ROSEBERRY;
26  BOULEVARD VENTURES, LLC, a Nevada
    Corporation; DOES 1 through 10; BUSINESS
27  ENTITIES I through V; and ROE
    CORPORATIONS 11 through 20, inclusive,

28
                              1

627.67

Defendants.

HI-TECH SECURTY INC; and WILLIAM ROSEBERRY,

Third-Party Plaintiffs,

vs.

NICKELS AND DIMES INCORPORATED,

Third-Party Defendants.

IT IS HEREBY STIPULATED AND AGREED, by and between Defendant SMART INDUSTRIES CORPORATION dba SMART INDUSTRIES CORP., MFG., through its attorneys of record, BARRON & PRUITT; Plaintiff WESCO INSURANCE COMPANY, through its attorneys of record, DUBOWSKY LAW OFFICE, CHTD.; and JENNIFER WYMAN, BEAR WYMAN, and both JENNIFER WYMAN and KATHRYN D. HARDESTY, as joint special administrators for THE ESTATE OF CHARLES WYMAN, through their attorneys of record, EGLET ADAMS, that the

///
///
///
///
///
///
///
///
///
///
///
///
///
///

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

627.67

above-entitled matter may be dismissed in its entirety, with prejudice, each party to bear its own costs

and fees.

     Respectfully submitted,

Dated this 31st day of August, 2023,           Dated this 31st day of August, 2023,

BARRON & PRUITT, LLP             EGLET ADAMS

*/s/ Joseph Meservy*               */s/ Danielle C. Miller*
_____.   _____
WILLIAM H. PRUITT, ESQ.        TRACY A. EGLET, ESQ.
Nevada Bar No. 6783            Nevada Bar No. 6419
JOSEPH R. MESERVY, ESQ.     DANIELLE C. MILLER
Nevada Bar No. 14088          Nevada Bar No. 9127
3890 West Ann Road           BRITTNEY R. GLOVER, ESQ.
North Las Vegas, Nevada 89031   Nevada Bar No. 15412
*Attorneys for Defendant*        400 South 7th Street, 4th Floor
*Smart Industries Corporation*    Las Vegas, Nevada 89101
                         *Attorneys for the Wyman Plaintiffs*

                         Dated this 31st day of August, 2023,

                         DUBOWSKY LAW OFFICE, CHTD.

                         */s/ Peter Dubowsky*
                        _____.
                         PETER DUBOSWKY, ESQ.
                         Nevada Bar No. 4972
                         300 South Fourth Street, Suite 1020
                         Las Vegas, Nevada 89101
                         *Attorneys for Plaintiff*
                         *Wesco Insurance Company*

## **ORDER**

     Based upon the Stipulation of the parties hereto, and with good cause appearing therefor,

     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above-entitled matter

shall be DISMISSED WITH PREJUDICE, each party to bear its own costs and fees incurred.

     DATED __September 6, 2023__.

                         _____
                         UNITED STATES DISTRICT JUDGE

BARRON & PRUITT, LLP
ATTORNEYS AT LAW
3890 WEST ANN ROAD
NORTH LAS VEGAS, NEVADA 89031
TELEPHONE (702) 870-3940
FACSIMILE (702) 870-3950

627.67